## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P.,**<br><br>**Defendants.** | Civ. No. 2:23-CV-04146 (WJM)<br><br><br>**ORDER** |
| **ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P.,**<br><br>**Defendants.** | Civ. No. 2:23-CV-20764 (WJM) |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court upon the motion of Plaintiff City of Southfield Fire and Police Retirement System ("Southfield") and the competing motion of Movant Fulton County Employees' Retirement System ("Fulton") to serve as lead plaintiff and appoint lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). ECF Nos. 22, 23; ECF No. 2 in Civ. No. 23-20764. Fulton also seeks consolidation of the above-captioned cases pursuant to Fed. R. Civ. P. 42(a). For the reasons set forth in the accompanying Opinion,

IT IS on this *19* day of December 2023, **ORDERED** as follows:

1. Southfield's motion for appointment as lead plaintiff is **DENIED;**
2. Fulton's motion for consolidation of the above-captioned cases is **GRANTED;**
3. Fulton's motion for appointment as lead plaintiff is **GRANTED;**
4. Fulton's motion to appoint Scott+Scott as lead counsel and Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP as liaison counsel is **GRANTED.**

WILLIAM J. MARTINI, U.S.D.J.

Date: December 19, 2023