SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Tele.:  973-639-9100
Fax: 973-679-8656
cseeger@seegerweiss.com
*Counsel for Plaintiff City*
*of Southfield Fire and Police Retirement System*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>HAYWARD HOLDINGS, INC., et al.,<br><br>    Defendants. | No. 2:23-cv-04146-WJM-ESK (Consolidated)<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff City of Southfield Fire and Police Retirement System hereby voluntarily dismisses its claims without prejudice its ability to participate in this action as an absent class member.  The class's interests will continue to be represented by Court-appointed Lead Plaintiff.

DATED:  March 7, 2024                    SEEGER WEISS LLP


By: _____
       Christopher A. Seeger
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Tel.:  973-639-9100
Fax:  973-679-8656
cseeger@seegerweiss.com
*Counsel for Plaintiff City of Southfield*
*Fire and Police Retirement System*

4876-1482-2827, v. 2

- 1 -