**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P.,<br><br>Defendants. | Civ. Action No. 2:23-cv-04146 |

**AMENDED DECLARATION OF SCOTT W. PARKER IN SUPPORT OF
DEFENDANT CCMP CAPITAL ADVISORS LP'S MOTION TO DISMISS
THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, Scott W. Parker, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am a member of the bar of this Court and am a partner of the law firm of Parker Ibrahim & Berg LLP, co-counsel for defendant CCMP Capital Advisors, LP ("CCMP") in the above-captioned action.

2.    I respectfully submit this amended declaration to provide this Court with certain materials cited in CCMP's Brief In Support Of Its Motion To Dismiss The Consolidated Class Action Complaint.

3.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of CCMP's public filing with the Securities and Exchange Commission ("SEC") on Form ADV, dated March 29, 2024.  The document is available and accessible on the SEC's website at:  https://tinyurl.com/ccmpformadv.

4.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts of Hayward Holdings, Inc.'s ("Hayward") public filing with the SEC on Form 424(B)(4), dated March 11, 2021.  The entire document is available and accessible on the SEC's website at:  https://tinyurl.com/hayward424b4.

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of CCMP Capital, LP's public filing with the SEC on Form 3, dated March 12, 2021.  The document is available and accessible on the SEC's website at: https://tinyurl.com/ccmpform3.

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of CCMP Capital, LP's public filing with the SEC on Form 4, dated January 24, 2022.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20220124form4.

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of CCMP Capital, LP's public filing with the SEC on Form 4, dated March 11, 2022.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20220311form4.

8.     Attached hereto as Exhibit 6 is a true and correct copy of CCMP Capital, LP's public filing with the SEC on Form 4, dated May 6, 2022.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20220506form4.

9.     Attached hereto as Exhibit 7 is a true and correct copy of CCMP Capital, LP's public filing with the SEC on Form 4, dated May 17, 2022.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20220517form4.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the Hayward Amended and Restated Stockholders Agreement, dated March 16, 2021, which was appended as Exhibit 4.1 to Hayward's public filing with the SEC on Form 10-K for the year ending December 31, 2021, dated March 9, 2022.  The document is available and accessible on the SEC's website at:  https://tinyurl.com/10kexh41.

11.     Attached hereto as Exhibit 9 is a true and correct copy of excerpts of Hayward's public filing with the SEC on Schedule 14A, dated April 8, 2022.  The entire document is available and accessible on the SEC's website at: https://tinyurl.com/20220408sch14a.

12.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Hayward's public filing with the SEC on Form 10-K for the year ending

December 31, 2021, dated March 9, 2022.  The entire document is available and accessible on the SEC's website at:  https://tinyurl.com/20220309form10k.

13.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Hayward's public filing with the SEC on Form 10-K for the year ending December 31, 2022, dated February 28, 2023.  The entire document is available and accessible on the SEC's website at:  https://tinyurl.com/20230228form10k.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May in Somerset, New Jersey.

By:    */s/Scott W. Parker*
Scott W. Parker, Esq.
PARKER IBRAHIM & BERG LLP
270 Davidson Avenue
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Fax: (908) 333-6230
scott.parker@piblaw.com
*Attorneys for Defendant CCMP*
*Capital Advisors, LP*

- 4 -