**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FULTON COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P.,<br><br>Defendants. | Civil Action No. 2:23-cv-04146 |

## CERTIFICATE OF SERVICE

I, Scott W. Parker, Esq., hereby certify that, on this date, I caused a true and correct copy of the foregoing Amended Declaration of Scott W. Parker to be served on all counsel of record electronically via the Court's CM/ECF system, where this document is available for downloading and viewing.

Dated:  May 6, 2024                  By:   */s/ Scott W. Parker*
                                              Scott W. Parker