Peter S. Pearlman
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
psp@njlawfirm.com

*Counsel for Lead Plaintiff*
*Fulton County Employees' Retirement System*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:23-cv-04146 |
| Plaintiff, | |
| v. | **DECLARATION OF MATTHEW F. GATELY IN SUPPORT OF PLAINTIFF'S CONSOLIDATED OPPOSITION TO CCMP CAPITAL ADVISORS, LP'S MOTION TO DISMISS AND MSD PARTNERS, L.P.'S MOTION TO DISMISS** |
| HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P., | |
| Defendants. | |

I, Matthew F. Gately, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney at law of the State of New Jersey, a member of the bar of the United States District Court for the District of New Jersey, and am a partner of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, counsel for Lead Plaintiff City of Southfield Fire and Police Retirement System in the above-captioned matter. I have personal knowledge of the matters set forth herein and can testify competently thereto if necessary.

2. I respectfully submit this declaration in support of Lead Plaintiff's Consolidated Opposition to CCMP Capital Advisors, LP's ("CCMP") Motion to Dismiss and MSD Partners, L.P.'s ("MSD") Motion to Dismiss, submitted herewith.

3. Attached as Exhibit 1 are true and correct excerpts of Hayward Holdings, Inc.'s IPO Prospectus on Form 424B4, filed with the U.S. Securities and Exchange Commission ("SEC"), dated March 15, 2021.

4. Attached as Exhibit 2 is a true and correct copy of CCMP's Schedule 13G/A filed with the SEC, dated February 8, 2022.

5. Attached as Exhibit 3 is a true and correct copy of MSD's Schedule 13G filed with the SEC, dated March 21, 2022.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2024.

/s/ Matthew F. Gately
Matthew F. Gately