Peter S. Pearlman
Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
psp@njlawfirm.com

*Counsel for Lead Plaintiff*
*Fulton County Employees' Retirement System*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P., <br><br> Defendants. | Civil Action No. 2:23-cv-04146 |

### CERTIFICATE OF SERVICE

The undersigned certifies that on July 2, 2024, a copy of the Plaintiff's

Consolidated Opposition to CCMP Capital Advisors, LP's Motion to Dismiss and

MSD Partners, L.P.'s Motion to Dismiss, the Declaration of Matthew F. Gately in Support of  Plaintiff's Consolidated Opposition to CCMP Capital Advisors, LP's Motion to Dismiss and MSD Partners, L.P.'s Motion to Dismiss and this certificate of service were filed electronically in the above-captioned matter.  Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Dates: July 2, 2024

Respectfully Submitted,

*/s/ Matthew F. Gately*
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
mfg@njlawfirm.com