**LATHAM & WATKINS LLP**
Kevin M. McDonough (N.J. Bar No. 41892005)
Andrew B. Clubok (*pro hac vice*)
Corey A. Calabrese (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
Email: andrew.clubok@lw.com
Email: corey.calabrese@lw.com

*Counsel for Hayward Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P.,<br><br>    Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>Document Electronically Filed<br><br>**CERTIFICATE OF SERVICE** |

On behalf of Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion

Jones (collectively, "Hayward Defendants"), I hereby certify that on August 8, 2024,

I electronically filed a true and correct copy of the Reply Memorandum of Law in

1

Support of the Hayward Defendants' Motion to Dismiss the Consolidated Class Action Complaint with the Court via the CM/ECF system, thereby effectuating service upon all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: August 8, 2024
          New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Kevin M. McDonough
Kevin M. McDonough