Amanda L. Genovese
Vincent A. Sama (*pro hac vice*)
Catherine B. Schumacher (*pro hac vice*)
Daphne Morduchowitz (*pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Attorneys for MSD Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN,<br><br>    Defendants. | Civil Action No.:<br><br>2:23-CV-04146-WJM-ESK<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>Document Electronically Filed<br><br>**DEFENDANT MSD PARTNERS, L.P.'S NOTICE OF MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DAY:** March 17, 2025 |

**PLEASE TAKE NOTICE** that on March 17, 2025, at 9:00 a.m. EDT, or on such other date and time as set by the Court, Defendants MSD Aqua Partners, LLC, MSD Partners, L.P., MSD Partners (GP), LLC, Christopher Bertrand, and Kevin Brown (collectively, the "MSD Defendants") shall move this Court for the entry of an Order dismissing with prejudice Plaintiff's Consolidated Amended Class Action Complaint (ECF No. 91) pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, MSD Defendants intend to rely upon the accompanying Memorandum of Law, as well as any submissions offered on reply, and upon all the pleadings and proceedings herein, including the papers submitted in support of the motions to dismiss filed by all other Defendants.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Stipulation and Order entered by the Court on November 18, 2024 (ECF No. 94), Plaintiff's opposition, if any, must be electronically filed and served upon all parties on or before February 6, 2025, and any reply in support of the Motion to Dismiss shall be due on or before March 4, 2025.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: December 18, 2024
      New York, New York

           SEYFARTH SHAW LLP

           By: */s/ Amanda L. Genovese*
           Amanda L. Genovese
           Vincent A. Sama *(pro hac vice)*
           Catherine B. Schumacher (*pro hac vice)*
           Daphne Morduchowitz (*pro hac vice*)
           Sarah A. Fender (*pro hac vice*)
           Matthew C. Catalano (*pro hac vice*)
           620 Eighth Avenue, 32nd Floor
           New York, NY 10018
           T: (212) 218-5500
           E: agenovese@seyfarth.com
              vsama@seyfarth.com
              cschumacher@seyfarth.com
              dmorduchowitz@seyfarth.com
              sfedner@seyfarth.com
              mcatalano@seyfarth.com

           *Attorneys for MSD Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, I electronically filed the foregoing NOTICE OF MOTION TO DISMISS, MEMORANDUM OF LAW AND PROPOSED ORDER, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Amanda L. Genovese*
Amanda L. Genovese