Amanda L. Genovese
Vincent A. Sama (*pro hac vice*)
Catherine B. Schumacher (*pro hac vice*)
Daphne Morduchowitz (*pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500

*Attorneys for MSD Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN, <br><br> Defendants. | Civil Action No.: <br><br> 2:23-CV-04146-WJM-ESK <br><br> Hon. William J. Martini <br> Magistrate Judge Stacey D. Abrams <br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court upon the Motion of Defendant MSD Partners, L.P. Defendants MSD Aqua Partners, LLC, MSD Partners, L.P., MSD Partners (GP), LLC, Christopher Bertrand, and Kevin Brown (collectively, the "MSD Defendants"), by and through its attorneys, Seyfarth Shaw LLP, for an entry of an Order Dismissing the Consolidated Amended Class Action Complaint (ECF No. 91), pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act, and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this ___ day of _____, 2024 hereby:

**ORDERED** that the MSD Defendants' Motion to Dismiss the Consolidated Class Action Complaint is hereby GRANTED; and it is further

**ORDERED** that the Amended Consolidated Class Action Complaint is hereby dismissed in its entirety with prejudice as to the MSD Defendants; and it is further

**ORDERED** that the Clerk of the Court shall enter judgment and mark this matter CLOSED.

_____
Hon. William J. Martini
United States District Judge