## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN,<br><br>Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>Document Electronically Filed<br><br>**NOTICE OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>**Oral Argument Requested**<br><br>**MOTION DAY:** March 17, 2025 |

**PLEASE TAKE NOTICE** that on March 17, 2024, at 9:00 a.m. EDT, or on

such other date and time as set by the Court, Defendants CCMP Capital Advisors,

LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P.,

CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP

Capital, LP, and CCMP Capital GP, LLC, and Greg Brenneman, Mark McFadden, and Timothy Walsh (together the "CCMP Defendants") shall move before the Honorable William J. Martini, U.S.D.J. for the entry of an Order dismissing with prejudice Plaintiff's Consolidated Amended Class Action Complaint (ECF No. 91) pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, the CCMP Defendants shall rely on the accompanying Brief and Declaration of Scott W. Parker dated December 18, 2024, including all appendices and exhibits attached thereto, as well as any submissions offered on reply.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 78.1, Oral Argument is hereby requested.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Stipulation and Order entered by the Court on November 18, 2024 (ECF No. 94), Plaintiff's opposition, if any, must be electronically filed and served upon all parties on or before February 6, 2025, and any reply in support of the Motion to Dismiss shall be due on or before March 4, 2025.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  December 18, 2024        */s/ Scott W. Parker*

Scott W. Parker
Marissa Edwards
**PARKER IBRAHIM & BERG LLP**
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
(908) 333-6220

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (admitted pro hac vice)
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Joshua S. Levy (admitted pro hac vice)
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000

*Attorneys for Defendants CCMP Capital Advisors, LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, Greg Brenneman, Mark McFadden, and Timothy Walsh*

3