# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN,<br><br>Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>**DECLARATION OF SCOTT W. PARKER** |

I, Scott W. Parker, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a member of the bar of this Court and am a partner of the law firm of Parker Ibrahim & Berg LLP, co-counsel for Defendants CCMP Capital Advisors, LP ("CCMP Advisors"); CCMP Capital Investors III, L.P., CCMP Capital Investors

III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, and CCMP Capital GP, LLC (collectively and together with CCMP Advisors, the "CCMP Entities"); and Greg Brenneman, Mark McFadden, and Timothy Walsh (collectively, the "CCMP Individual Defendants") in the above-captioned action.

2. I respectfully submit this declaration to provide this Court with certain materials cited in the CCMP Entities' and CCMP Individual Defendants' Brief In Support Of Its Motion To Dismiss The Consolidated Amended Class Action Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of CCMP Advisors' public filing with the Securities and Exchange Commission ("SEC") on Form ADV, dated March 29, 2024. The document is available and accessible by clicking on the "VIEW LATEST FORM ADV FILED" on the SEC's website at: https://tinyurl.com/ccmpformadv.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Hayward Holdings, Inc.'s ("Hayward") public filing with the SEC on Form 424(B)(4), dated March 11, 2021. The entire document is available and accessible on the SEC's website at: https://tinyurl.com/hayward424b4.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Hayward's public filing with the SEC on Form 424(B)(7), dated May 2, 2022. The

entire document is available and accessible on the SEC's website at: https://tinyurl.com/hayward424b7.

6.      Attached hereto as Exhibit 4 is a true and correct copy of CCMP Capital, LP's ("CCMP Capital") public filing with the SEC on Form 3, dated March 12, 2021.  The document is available and accessible on the SEC's website at: https://tinyurl.com/ccmpform3.

7.      Attached hereto as Exhibit 5 is a true and correct copy of CCMP Capital's public filing with the SEC on Form 4, dated March 16, 2021.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20210316form4.

8.      Attached hereto as Exhibit 6 is a true and correct copy of CCMP Capital's public filing with the SEC on Form 4, dated January 26, 2022.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20220126form4.

9.      Attached hereto as Exhibit 7 is a true and correct copy of CCMP Capital's public filing with the SEC on Form 4, dated March 15, 2022.  The document is available and accessible on the SEC's website at: https://tinyurl.com/20220315form4.

10.      Attached hereto as Exhibit 8 is a true and correct copy of CCMP Capital's public filing with the SEC on Form 4, dated May 6, 2022.  The document

is available and accessible on the SEC's website at: https://tinyurl.com/20220506form4.

11. Attached hereto as Exhibit 9 is a true and correct copy of CCMP Capital's public filing with the SEC on Form 4, dated May 18, 2022. The document is available and accessible on the SEC's website at: https://tinyurl.com/20220518form4.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Hayward Amended and Restated Stockholders Agreement, dated March 16, 2021, which was appended as Exhibit 4.1 to Hayward's public filing with the SEC on Form 10-K for the year ending December 31, 2021, dated March 9, 2022. The document is available and accessible as Exhibit 4.1 to the Form 10-K for the year ending December 31, 2021, which can be found on the SEC's website at: https://tinyurl.com/20220309form10k.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of Hayward's public filing with the SEC on Schedule 14A, dated April 8, 2022. The entire document is available and accessible on the SEC's website at: https://tinyurl.com/hw20220408sch14a.

14. Attached hereto as Exhibit 12 is a true and correct copy of Hayward's public filing with the SEC on Schedule 13G, dated February 8, 2022. The entire

document is available and accessible on the SEC's website at: https://tinyurl.com/20220208sch13g.

15.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Hayward's public filing with the SEC on Form 10-K for the year ending December 31, 2021, dated March 9, 2022.  The entire document is available and accessible on the SEC's website at:  https://tinyurl.com/20220309form10k.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December in Somerset, New Jersey.

By:    */s/ Scott. W. Parker*
Scott W. Parker, Esq.
PARKER IBRAHIM & BERG LLP
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: (908) 725-9700
Fax: (908) 333-6230
scott.parker@piblaw.com