# EXHIBIT 3

**Filed Pursuant to Rule 424(b)7**
**Registration File No. 333-264617**

**Prospectus Supplement to Prospectus dated May 2, 2022**

## 24,000,000 Shares

# HAYWARD HOLDINGS, INC.

## Common Stock

The selling stockholders named in this prospectus supplement are offering 24,000,000 shares of our common stock. We will not receive any proceeds from the sale of our common stock by the selling stockholders.

Subject to the completion of this offering, we have agreed to purchase from the underwriters 8,000,000 shares of our common stock that are subject to this offering at a price per share equal to the price per share paid by the underwriters to the selling stockholders in this offering.

Our common stock is listed on the New York Stock Exchange under the symbol "HAYW." On April 29, 2022, the last sale price of our common stock as reported on the New York Stock Exchange was $15.90 per share.

*Investing in our common stock involves substantial risk. Please read "Risk Factors" beginning on page S-15.*

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement or the accompanying prospectus. Any representation to the contrary is a criminal offense.**

|  | Per share | Total |
|---|---|---|
| Public offering price | $14.50000 | $348,000,000 |
| Underwriting discounts and commissions[1] | $ 0.61625 | $ 14,790,000 |
| Proceeds to selling stockholders, before expenses | $13.88375 | $333,210,000 |

(1)  We have agreed to reimburse the underwriters for certain expenses in connection with this offering. See "Underwriting."

The selling stockholders have granted the underwriters an option for a period of up to 30 days from the date of this prospectus supplement to purchase up to an additional 3,600,000 shares of our common stock at the public offering price less the underwriting discount.

The underwriters expect to deliver the shares against payment in New York, New York on or about May 5, 2022.

**Goldman Sachs & Co. LLC    BofA Securities    Wolfe | Nomura Alliance**

**Baird   Guggenheim Securities   William Blair   Credit Suisse   Morgan Stanley   Jefferies**

**KeyBanc Capital Markets            BMO Capital Markets            AmeriVet Securities**

Prospectus supplement dated May 2, 2022

**RISK FACTORS**

*An investment in our common stock involves various risks. You should carefully consider the following risks and all of the other information contained in this prospectus supplement and the accompanying prospectus before investing in our common stock. In addition, you should read and consider the risk factors associated with our business included in the documents incorporated by reference in this prospectus supplement, including our Annual Report on Form 10-K for the year ended December 31, 2021 and our Quarterly Report on Form 10-Q for the three months ended April 2, 2022. See "Where You Can Find More Information." The risks described below and incorporated herein by reference are those which we believe are the material risks that we face. The trading price of our common stock could decline due to any of these risks, and you may lose all or part of your investment in our common stock.*

**Risks Related to Our Common Stock and this Offering**

***Following the offering, affiliates of MSD Partners, L.P. ("MSD Partners"), CCMP Capital Advisors, LP ("CCMP"), and Alberta Investment Management Corporation ("AIMCo") will continue to have significant influence over us, which could limit your ability to influence the outcome of key transactions, including a change of control.***

Upon the completion of this offering and the share repurchase, based on the 226,482,635 shares of common stock outstanding as of April 29, 2022, affiliates of MSD Partners, CCMP, and AIMCo will beneficially own approximately 32.7%, 22.5% and 12.3% of our outstanding common stock, respectively (or approximately 32.7%, 21.5% and 11.7%, respectively, if the underwriters exercise their option to purchase additional shares in full). For as long as MSD Partners, CCMP, and AIMCo continue to beneficially own a substantial percentage of the voting power of our outstanding common stock, they will continue to have significant influence over us. For example, they will be able to strongly influence or effectively control the election of all of the members of our board of directors and our business and affairs, including any determinations with respect to mergers or other business combinations, the acquisition or disposition of assets, the incurrence of additional indebtedness, the issuance of any additional shares of common stock or other equity securities, the repurchase or redemption of shares of our common stock and the payment of dividends.

Additionally, MSD Partners, CCMP, and AIMCo are in the business of making investments in companies and may acquire and hold interests in businesses that compete directly or indirectly with us. They may also pursue acquisition opportunities that may be complementary to our business, and, as a result, those acquisition opportunities may not be available to us.

***Our stock price could be extremely volatile and, as a result, you may not be able to resell your shares at or above the price you paid for them.***

Since January 1, 2022, the price of our common stock, as reported on the New York Stock Exchange, has ranged from an intraday low of $15.78 on March 7, 2022 to an intraday high of $26.38 on January 3, 2022. In addition, the stock market in general has been highly volatile. As a result, the market price of our common stock is likely to be similarly volatile, and investors in our common stock may experience a decrease, which could be substantial, in the value of their stock, including decreases unrelated to our operating performance or prospects, and could lose part or all of their investment. The price of our common stock could be subject to wide fluctuations in response to a number of factors, including those described elsewhere herein and others such as:

- variations in our operating performance and the performance of our competitors;

- actual or anticipated fluctuations in our quarterly or annual operating results;

- publication of research reports by securities analysts about us, our competitors or our industry;

- our failure or the failure of our competitors to meet analysts' projections or guidance that we or our competitors may give to the market;

- additions or departures of key personnel;

**SELLING STOCKHOLDERS**

The following table and footnotes set forth information with respect to the beneficial ownership of our common stock as of April 29, 2022 by each of the selling stockholders.

The amounts and percentage of shares beneficially owned are reported on the basis of regulations of the SEC governing the determination of beneficial ownership of securities. Under the rules of the SEC, a person is deemed to be a "beneficial owner" of a security if that person has or shares "voting power," which includes the power to vote or to direct the voting of such security, or "investment power," which includes the power to dispose of or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which that person has a right to acquire beneficial ownership within 60 days of April 29, 2022. Under these rules, more than one person may be deemed a beneficial owner of the same securities and a person may be deemed a beneficial owner of securities as to which he has no economic interest. Except as indicated by footnote, the persons named in the table below have sole voting and investment power with respect to all stock shown as beneficially owned by them, subject to community property laws where applicable.

The percentage ownership information shown in the table below is based upon 226,482,635 shares of common stock outstanding as of April 29, 2022.

| Name | Shares Owned Before the Offering | | Shares Offered Hereby (no option exercise) | Shares Owned After the Offering (no option exercise)[1] | |
|---|---|---|---|---|---|
| | Number | Percentage | | Number | Percentage |
| CCMP Capital Advisors, LP, *et al*[2] | 64,763,389 | 28.6% | 15,519,193 | 49,244,196 | 22.5% |
| Alberta Investment Management Corp.[3] | 35,391,391 | 15.6% | 8,480,807 | 26,910,584 | 12.3% |

(1) Assumes the consummation of the share repurchase of 8,000,000 shares of our common stock from the underwriters concurrently with the closing of this offering and other transactions related to this offering.

(2) This information is based on a Schedule 13G dated February 9, 2022 filed with the SEC by CCMP Capital Investors III, L.P. ("CCMP Capital Investors"), CCMP Capital Investors III (Employee), L.P. ("CCMP Employee"), CCMP Capital Associates III, L.P. ("CCMP Capital Associates"), CCMP Capital Associates III GP, LLC ("CCMP Capital Associates GP"), CCMP Capital, LP ("CCMP Capital"), and CCMP Capital GP, LLC ("CCMP Capital GP") reporting beneficial ownership as of December 31, 2021, adjusted (1) for a sale by certain affiliates of CCMP of 2,694,696 shares of the Company's common stock on January 24, 2022, based on information provided to the Company by CCMP, and (2) for the Company's purchase of 4,080,000 shares of common stock from certain affiliates of CCMP on March 11, 2022 as described in "Related Person Transactions — Share Repurchase Program." The Schedule 13G reported that each of CCMP Capital Associates, CCMP Capital Associates GP, CCMP Capital and CCMP Capital GP may be deemed to beneficially own in the aggregate 64,763,389 shares of the Company's common stock, consisting of 60,998,124 shares held directly by CCMP Capital Investors and 3,765,265 shares held directly by CCMP Employee. CCMP Capital Investors is reported to have shared voting power and shared dispositive power with respect to 60,998,124 shares of the Company's common stock. CCMP Employee is reported to have shared voting power and shared dispositive power with respect to 3,765,265 shares of the Company's common stock. Each of CCMP Capital Associates, CCMP Capital Associates GP, CCMP Capital and CCMP Capital GP is reported to have shared voting power and shared dispositive power with respect to 64,763,389 shares of the Company's common stock. The investment committee of CCMP Capital GP with respect to the shares of our common stock includes Messrs. Brenneman Walsh and McFadden, each of whom serves as a director of the Company. The principal business address of each of the above reporting persons is c/o CCMP Capital Advisors, LP, 200 Park Avenue, Suite 1700, New York, NY 10166.

(3) This information is based on a Schedule 13G dated February 11, 2022 filed with the SEC by AIMCo reporting beneficial ownership as of December 31, 2021, updated to reflect beneficial ownership following

S-23

TABLE OF CONTENTS

a sale by certain affiliates of AIMCo of 1,385,304 shares of the Company's common stock on January 24, 2022, based on information provided to the Company by AIMCo. The Schedule 13G reported that AIMCo has sole voting and sole dispositive power with respect to 35,391,391 shares of the Company's common stock, which shares are owned directly by PE16PX Rocky Mountain Ltd. and PE16GV Rocky Mountain Ltd. All of the interests of these two entities are held by AIMCo as bare trustee on behalf of its clients. The principal business address for each of the reporting persons listed above is 1600 — 10250 101 Street NW, Edmonton, Alberta T5J 3P4, Canada.

S-24