# EXHIBIT 8



OMB APPROVAL:
OMB Number: 3235-0287
Estimated average burden
hours per response... 0.5

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * <br><br> **CCMP Capital, LP** <br><br> (Last)      (First)      (Middle) <br><br> **C/O CCMP CAPITAL ADVISORS, LP, 200 PARK AVENUE, SUITE 1700** <br><br> (Street) <br><br> **NEW YORK, NY 10166** <br><br> (City)      (State)      (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> **Hayward Holdings, Inc. [ HAYW ]** <br><br> 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br> **5/5/2022** <br><br> 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> ___ Director       **X** __ 10% Owner <br> ___ Officer (give title below)   ___ Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> ___ Form filed by One Reporting Person <br> _**X**_ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 5/5/2022 | | S(1) | | 14616926 | D | $13.8838 | 46381198 | I | By CCMP Capital Investors III, L.P. (2)(3)(4)(5) |
| Common Stock | 5/5/2022 | | S(1) | | 902267 | D | $13.8838 | 2862998 | I | By CCMP Capital Investors III (Employee), L.P. (2)(3)(4)(5) |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

(1)   Shares sold by the reporting person were part of an underwritten secondary offering of 24,000,000 shares of the Issuer's common stock which closed on May 5, 2022.

(2)   CCMP Capital Associates III, L.P. ("CCMP Capital Associates") is the general partner of each of CCMP Capital Investors III, L.P. ("CCMP Capital Investors"), and CCMP Capital Investors III (Employee), L.P. ("CCMP Employee" and together with CCMP Capital Investors, the "CCMP Investors"). The general partner of CCMP Capital Associates is CCMP Capital Associates III GP, LLC ("CCMP Capital Associates GP").

(3)   CCMP Capital Associates GP is wholly owned by CCMP Capital, LP. The general partner of CCMP Capital, LP is CCMP Capital GP, LLC. CCMP Capital GP, LLC ultimately exercises voting and dispositive power over the shares of common stock of Hayward Holdings, Inc. held by the CCMP Investors. As a result, each of CCMP Capital Associates, CCMP Capital Associates GP, CCMP Capital, LP and CCMP Capital GP, LLC may be deemed to share beneficial ownership with respect to certain of the shares of common stock of Hayward Holdings, Inc. held by the CCMP Investors. Each of the reporting persons disclaims beneficial ownership of these securities except to the extent of its pecuniary interest therein, and the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of the reported securities for purposes of Section 16 of the Securities Exchange Act of 1934, as amended, or for any other purpose.

(4)   In connection with the consummation of the initial public offering of the Issuer's common stock, par value $0.001 per share ("Common Stock"), the CCMP Investors entered into an Amended and Restated Stockholders' Agreement ("Stockholders' Agreement") with the Issuer and certain affiliates of MSD Partners, L.P. ("MSD") and Alberta Investment Management Corporation ("AIMCo") pursuant to which the CCMP Investors and MSD have agreed to coordinate with respect to the timing and manner of disposition of shares of the Common Stock held by them, and AIMCo has also agreed to certain restrictions on the transfer of its shares of Common Stock. By virtue of the Stockholders' Agreement, the CCMP Investors, MSD and AIMCo may be deemed to be members of a group for the purposes of Section 13(d) of the Securities Exchange Act of 1934 (the "Act").

(5) In addition, each reporting person may be deemed to be a member of a group for the purposes of Section 13(d) of the Act. Each reporting person disclaims any pecuniary interest in any shares of Common Stock held by the group with MSD and AIMCo except as reported as beneficially owned by the reporting persons in this Form 4.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **CCMP Capital, LP**<br>**C/O CCMP CAPITAL ADVISORS, LP**<br>**200 PARK AVENUE, SUITE 1700**<br>**NEW YORK, NY 10166** | | X | | |
| **CCMP Capital GP, LLC**<br>**C/O CCMP CAPITAL ADVISORS, LP**<br>**200 PARK AVENUE, SUITE 1700**<br>**NEW YORK, NY 10166** | | X | | |
| **CCMP Capital Investors III, L.P.**<br>**C/O CCMP CAPITAL ADVISORS, LP**<br>**200 PARK AVENUE, SUITE 1700**<br>**NEW YORK, NY 10166** | | X | | |
| **CCMP Capital Investors III (Employee), L.P.**<br>**C/O CCMP CAPITAL ADVISORS, LP**<br>**200 PARK AVENUE, SUITE 1700**<br>**NEW YORK, NY 10166** | | X | | |
| **CCMP Capital Associates III, L.P.**<br>**C/O CCMP CAPITAL ADVISORS, LP**<br>**200 PARK AVENUE, SUITE 1700**<br>**NEW YORK, NY 10166** | | X | | |
| **CCMP Capital Associates III GP, LLC**<br>**C/O CCMP CAPITAL ADVISORS, LP**<br>**200 PARK AVENUE, SUITE 1700**<br>**NEW YORK, NY 10166** | | X | | |

**Signatures**

| | |
|---|---|
| **CCMP CAPITAL, LP By: CCMP Capital GP, LLC, its general partner By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |
| **CCMP CAPITAL, L.P. By: CCMP Capital GP, LLC, its general partner By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |
| **CCMP CAPITAL GP, LLC By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |
| **CCMP CAPITAL INVESTORS III, L.P. By: CCMP Capital Associates III, L.P., its general partner By: CCMP Capital Associates III GP, LLC, its general partner By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |
| **CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P. By: CCMP Capital Associates III, L.P., its general partner By: CCMP Capital Associates III GP, LLC, its general partner By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |
| **CCMP CAPITAL ASSOCIATES III, L.P. By: CCMP Capital Associates III GP, LLC, its general partner By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |
| **CCMP CAPITAL ASSOCIATES III GP, LLC By: /s/ Mark McFadden Name: Mark McFadden Title: Managing Partner** | **5/6/2022** |
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:     File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.