# EXHIBIT 11

### UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

### SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No.      )**

Filed by the Registrant ☒                    Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement
☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material Pursuant to §240.14a-12

# Hayward Holdings, Inc.
**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee paid previously with preliminary materials.

☐     Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11



**HAYWARD HOLDINGS, INC.**
**400 CONNELL DRIVE**
**SUITE 600**
**BERKELEY HEIGHTS, NJ 07922**

NOTICE OF ANNUAL MEETING OF STOCKHOLDERS

**To Be Held at 9:00 a.m. Eastern Time on Tuesday, May 19, 2022**

Dear Stockholder of Hayward Holdings, Inc.:

You are cordially invited to attend the 2022 annual meeting of stockholders (the "Annual Meeting") of Hayward Holdings, Inc., a Delaware corporation ("Hayward," "we" or "us"), which, due to the ongoing public health concerns resulting from the COVID-19 pandemic, will be held virtually, via live webcast at www.virtualshareholdermeeting.com/HAYW2022, on Thursday, May 19, 2022 at 9:00 a.m., Eastern Time, for the following purposes, as more fully described in the accompanying proxy statement:

1. To elect the three Class I directors named in the accompanying proxy statement, each to serve until our 2025 annual meeting of stockholders and until their successors are duly elected and qualified;

2. To ratify the appointment of PricewaterhouseCoopers LLP as our independent registered public accounting firm for our fiscal year ending December 31, 2022;

3. To select, on an advisory basis, the frequency of future stockholder advisory votes to approve the compensation of Hayward's named executive officers; and

4. To transact such other business as may properly come before the Annual Meeting or any postponements, adjournments or continuations thereof.

Our board of directors recommends that you vote "FOR" the director nominees named in Proposal No. 1 of the accompanying proxy statement, "FOR" the ratification of the appointment of PricewaterhouseCoopers LLP as our independent public accounting firm as described in Proposal No. 2 and "EVERY ONE YEAR" as the frequency of future stockholder advisory votes to approve the compensation of Hayward's named executive officers as described in Proposal No. 3.

Our board of directors has fixed the close of business on March 21, 2022 as the record date (the "Record Date") for the Annual Meeting. Only stockholders of record as of the Record Date are entitled to notice of and to vote at the Annual Meeting. Further information regarding voting rights and the matters to be voted upon is presented in the accompanying proxy statement.

To be admitted to the Annual Meeting at www.virtualshareholdermeeting.com/HAYW2022 and to ask questions and/or vote, you will be required to enter the 16-digit control number found on your proxy card, voting instruction form or notice previously received. Stockholders may vote in advance of the Annual Meeting at www.virtualshareholdermeeting.com/HAYW2022 or by telephone at 1-800-690-6903, 24 hours a day through 11:59 p.m. Eastern Time on the day before the Annual Meeting and may vote during the Annual Meeting by following the instructions available at www.virtualshareholdermeeting.com/HAYW2022.

Each share of common stock that you own represents one vote for each of the matters to be acted upon at the Annual Meeting.

We are electronically disseminating Annual Meeting materials to our stockholders, as permitted under the "Notice and Access" rules approved by the Securities and Exchange Commission. Stockholders will receive a Notice of Internet Availability of Proxy Materials containing instructions on how to access Annual Meeting materials via the internet. The Notice also provides instructions on how to obtain paper copies if preferred.

TABLE OF CONTENTS

We appreciate your continued support of Hayward.

By order of the board of directors,

Kevin Holleran

President, Chief Executive Officer and Director

Berkeley Heights, New Jersey

**YOUR VOTE IS IMPORTANT. Whether or not you plan to attend the virtual Annual Meeting, you are urged to vote and submit your proxy as soon as possible by following the voting procedures described in these proxy materials.**

*Approximate Date of Mailing of Proxy Materials or Notice of Internet Availability:*

**April 8, 2022**

**Information Regarding Directors and Nominees**

The following table sets forth the names, ages as of April 8, 2022, and certain other information for each other nominee for election as a director at the Annual Meeting (including directors with terms expiring at the Annual Meeting who are nominated for re-election), for each of the other members of the board of directors whose term expires at the Annual Meeting and for each of the continuing members of our board of directors. Full biographical information of the nominees and continuing directors follows the table.

| NAME | CLASS | AGE | CURRENT POSITION | DIRECTOR SINCE | CURRENT TERM EXPIRES | EXPIRATION OF TERM FOR WHICH NOMINATED | INDEPENDENT | AUDIT COMMITTEE | COMP. COMMITTEE | NOMINATING AND CORPORATE GOVERNANCE COMMITTEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **Nominees:** | | | | | | | | | | |
| Christopher Bertrand | I | 37 | Director | 2020 | 2022 | 2025 | | | | |
| Greg Brenneman | I | 60 | Director | 2017 | 2022 | 2025 | | | | |
| Ed Ward | I | 57 | — | — | — | 2025 | X | | | ■ (1) |
| **Other Directors with Terms Expiring at the Annual Meeting:** | | | | | | | | | | |
| Ali Afraz | I | 38 | Director | 2018 | 2022 | — | | | | |
| Jason Peters | I | 46 | Director | 2017 | 2022 | — | | | | |
| **Continuing Directors:** | | | | | | | | | | |
| Kevin Brown | II | 47 | Director | 2017 | 2023 | — | | | ■ | |
| Mark McFadden | II | 44 | Director | 2017 | 2023 | — | | | C | |
| Arthur Soucy | II | 59 | Director | 2017 | 2023 | — | X | | | ■ |
| Timothy Walsh | II | 58 | Director | 2017 | 2023 | — | | | | C |
| Diane Dayhoff | III | 66 | Director | 2021 | 2024 | — | X | ■ 📅 | | |
| Stephen Felice (C) | III | 65 | Director | 2018 | 2024 | — | X | | ■ | ■ |
| Lawrence H. Silber | III | 65 | Director | 2019 | 2024 | — | X | | ■ | |
| Lori Walker | III | 64 | Director | 2021 | 2024 | — | X | C 📅 | | |
| Kevin Holleran | III | 54 | President, CEO & Director | 2019 | 2024 | — | | | | |

(1)   If elected, Mr. Ward is expected to join the nominating and corporate governance committee immediately upon joining the board of directors.

**Legend:** (C) Chairperson of the Board | C Committee Chair | ■ Committee Member | 📅 Audit Committee Financial Expert

**Nominees for Director**

***Christopher Bertrand*** became a director in October 2020. Mr. Bertrand is Managing Director in MSD Partners, LP.'s ("MSD Partners") Private Capital Group. Mr. Bertrand joined MSD Partners in 2019. Prior to joining MSD Partners, Mr. Bertrand was a Principal at Court Square Capital Partners. Previously, Mr. Bertrand was with Kohlberg, Kravis, & Roberts (KKR), where he focused on private equity investments, and Goldman, Sachs & Co. He received an M.B.A. with Distinction from Harvard Business School and a B.A. from Dartmouth College. He has served on numerous boards of directors. Mr. Bertrand brings expertise in finance and capital markets, strategic matters, as well as significant experience as a board member of several companies.

TABLE OF CONTENTS

***Greg Brenneman*** became a director in June 2017. Mr. Brenneman is Executive Chairman of CCMP Capital Advisors, LP ("CCMP") and a member of the Firm's Investment Committee. Mr. Brenneman plays an active leadership role in executing the Firm's overall strategy while remaining actively engaged in completing transactions, developing strategies and coaching the senior management of CCMP's portfolio companies. Prior to joining CCMP in October 2008, Mr. Brenneman served as Chairman, CEO, President and/or COO of Quizno's Sub, Burger King, PwC Consulting and Continental Airlines. In 1994 Mr. Brenneman founded Turnworks, Inc. ("Turnworks"), his personal investment firm that focuses on corporate turnarounds. Prior to founding Turnworks, Mr. Brenneman was a Vice President for Bain & Company. Mr. Brenneman currently serves on the board of directors of Hayward, Ecovyst Inc., BGIS, Baker Hughes, Baylor College of Medicine and The Home Depot, Inc. Mr. Brenneman holds a B.B.A. in Accounting/Finance, summa cum laude, from Washburn University of Topeka, Kansas and an M.B.A. with distinction from Harvard Business School. He was awarded an honorary Doctor of Commerce degree from Washburn University. Mr. Brenneman brings expertise in leadership and strategic matters, as well as significant experience as a senior executive and board member of complex global businesses.

***Ed Ward*** is a nominee for director. Mr. Ward is President – Client Product Group of Dell Technologies Inc. ("Dell"). Mr. Ward has over 35 years of experience working in the technology industry. Mr. Ward has worked at Dell for 22 years in progressively increasing roles of responsibility, including Senior Vice President – Client Product Group, Senior Vice President of Engineering – Client Product Group and vice president of Engineering – Servers. In addition, Mr. Ward has worked at NCR Corporation as Vice President of Engineering - Shared Components & Technical Services. Mr. Ward also has served in board roles at the University of Colorado, Boulder, University of Texas, Rio Grande Valley and Austin's Habitat for Humanity. Mr. Ward received his B.S. in electrical engineering and computer science from the University of Colorado, Boulder and completed the Advanced Management Program at Harvard Business School. Mr. Ward brings to the board of directors expertise in leadership in strategic matters, as well as meaningful technology experience driven by a strong engineering background.

**Continuing Directors**

***Kevin Brown*** became a director in June 2017. Mr. Brown is Co-Head of MSD Partners' Private Capital Group. Mr. Brown joined MSD Partners in 2016 and currently serves on the boards of directors for Endries International, Hayward Industries and Ring Container Technologies. Prior to joining MSD Partners, Mr. Brown was a Partner with Court Square Capital where he worked primarily in the Industrials sector for ten years. Prior to Court Square, Mr. Brown was a Vice President with Apax Partners focusing on investments in the Media, Late-Stage Software, and Tech-Enabled Business Services sectors. He has served on numerous boards of directors, including ERICO Global, MacDermid, Pike Corporation and Wyle. Mr. Brown received his B.S. from the McIntire School of Commerce at The University of Virginia and his M.B.A. from the Wharton School of the University of Pennsylvania where he graduated as a Palmer Scholar. Mr. Brown brings expertise in finance and capital markets, strategic matters, as well as significant experience as a board member of complex global businesses.

***Mark McFadden*** became a director in June 2017. Mr. McFadden is a Co-Managing Partner of CCMP and a member of the Firm's Investment Committee. Mr. McFadden joined CCMP in 2002 and was named Co-Managing Partner in 2022 and a member of the Firm's Investment Committee in 2019. Mr. McFadden was named a Managing Director of CCMP in 2014. While at CCMP, Mr. McFadden has focused on investments in the industrial sector, including prior CCMP investments in Generac Power Systems, Milacron, and Eco Services. Prior to joining CCMP, Mr. McFadden worked in investment banking at CSFB and Bowles Hollowell Conner. Mr. McFadden serves on the board of directors of Hayward, Ecovyst Inc. and BGIS. Mr. McFadden holds a B.B.A. and a B.A. from the College of William and Mary. Mr. McFadden brings expertise in corporate finance and strategic development, as well as significant experience as a board member of global industrial businesses.

***Arthur Soucy*** became a director in December 2017. Mr. Soucy is a retired executive with broad international experience running complex operations and large P&L's in both the Oil & Gas and Aviation industries. Mr. Soucy has over 30 years of business leadership experience in multi-national environments holding executive positions with P&L responsibilities spanning some 80 countries. Mr. Soucy retired as President, Products & Technology for Baker Hughes, an Oil & Gas Services company, in July 2017. In that role, he was responsible for the company's multi-billion-dollar chemical business as well as enterprise New Product & Technology development. He also was responsible for the company's global marketing and supply chain

10

TABLE OF CONTENTS

functions. Prior to that, Mr. Soucy was headquartered in London, UK for nearly four years where he served as President of Europe, Africa, Russia, Caspian, and had P&L responsibilities for the Region. Prior to joining Baer Hughes, Mr. Soucy spent 29 years at Pratt & Whitney, where held a variety of executive level P&L, technology and supply chain positions. Mr. Soucy brings to the board extensive experience as an executive of multi-national businesses with insight into global marketing and supply chain functions.

*Timothy Walsh* became a director in June 2017. Mr. Walsh is Managing Director of CCMP and a member of the Firm's Investment Committee. Mr. Walsh focuses on making investments in the industrial sector and has been responsible for CCMP's investments in the chemicals, basic manufacturing, consumer products and packaging sectors. Mr. Walsh joined CCMP in 1992 and was named Partner and head of its industrial practice in 1999. Mr. Walsh became COO in 2015 and served as President and CEO from 2016 through March 2022. Prior to joining CCMP in 1992, Mr. Walsh worked on various industry-focused client teams within The Chase Manhattan Corporation. He serves on the board of directors of Hayward and Ecovyst Inc. Mr. Walsh holds a B.S. from Trinity College and an M.B.A. from the University of Chicago. Mr. Walsh brings expertise in corporate finance and strategic development, as well as significant experience as a board member of global industrial businesses.

*Diane Dayhoff* became a director in March 2021. Ms. Dayhoff served as Vice President Investor Relations at The Home Depot, Inc., from May 2003 to April 2018. Prior to joining The Home Depot, Ms. Dayhoff worked at Continental Airlines for 14 years in progressively increasing roles of responsibility, including as Staff Vice President of Finance. Ms. Dayhoff brings expertise in communication and investor relations, as well as significant experience in financial planning.

*Stephen Felice* became a director in May 2018. Mr. Felice has been Chairman and Chief Executive Officer of Felice Partners, LLC (advisory and private investment) since January 2017. Prior to that, Mr. Felice was President and Chief Executive Officer of Filtration Group Corporation ("FGC"), a global industrial manufacturer, from January 2014 through January 2017. Prior to joining FGC, Mr. Felice was President and Chief Commercial Officer of Dell from December 2011 through December 2013 after previously serving in a variety of executive roles at Dell from February 1999 through November 2011. Prior to joining Dell, Mr. Felice was President and Chief Executive Officer of DecisionOne Corporation ("DOC"), a provider of computer technology services from 1997 through 1999 after previously serving as President of DOC from 1995 through 1997. Prior to joining DOC, Mr. Felice worked at Bell Atlantic Corp in various roles from 1984 through 1995 and Shell Oil Corp from 1979 through 1984. Mr. Felice has served on the board of directors of Southwire Corporation since 2015 (currently serving as Chairman of Human Resources Committee) and the Mark Felice Foundation since 2003. Mr. Felice was also Vice Chairman at St. Michael's Catholic Academy from 2010 to 2014, and served on the board of trustees for The Franklin Institute from 2013 to 2015 and the Singapore Economic Development Board 2010 to 2012. Mr. Felice brings significant expertise in managing large global enterprises, information technology and industrial manufacturing verticals, strategic planning, global sales, and manufacturing.

*Lawrence H. Silber* became a director in November 2019. Mr. Silber has served as President and Chief Executive of Herc Rentals Inc., ("Herc Rentals"), since May 2015. Prior to joining Herc Rentals, Mr. Silber served as an executive advisor at Court Square Capital Partners, LLP, a private equity firm primarily investing in the business services, healthcare, general industrial and technology and telecommunications sectors, from April 2014 to May 2015. Mr. Silber also served as Chief Operating Officer for Hayward Industries from 2008 to 2012, during which time he oversaw a successful transition through the recession and return to solid profitability. From 1978 to 2008, Mr. Silber worked for Ingersoll-Rand plc, ("Ingersoll"), a publicly traded manufacturer of industrial products and components, in a number of roles of increasing responsibility. Mr. Silber previously served on the board of directors of SMTC Corporation from 2012 to 2015. Mr. Silber brings expertise in executive management, strategy formation and leadership skills, gained as the Chief Operating Officer of Hayward Industries as well as in his current role as President and Chief Executive Officer of Herc Rentals. Mr. Silber also has extensive knowledge and experience in manufacturing, sales and marketing, and specific industry experience in our business, including our operations, business development matters and financial performance. Further, his experience as a director of another public company provides him with a broad understanding of the responsibilities of public company boards and issues applicable to public companies.

11

TABLE OF CONTENTS

***Lori Walker*** became a director in March 2021. Ms. Walker served as Chief Financial Officer and Senior Vice President of The Valspar Corporation, a global coatings manufacturer, from 2008 to 2013, where she led the Finance, IT and Communications teams. Before this position, Ms. Walker served as Valspar's Vice President, Controller and Treasurer from 2004 to 2008 and as Vice President and Controller from 2001 to 2004. Prior to joining Valspar, Ms. Walker worked at Honeywell, Inc., a global conglomerate of commercial and consumer products, for 20 years in progressively increasing roles of responsibility, including as Director of Global Financial Risk Management. Ms. Walker currently serves on the board of directors of Southwire Company, LLC, a private industrial manufacturer of wire and cable, Constellium N.V., a publicly traded aluminum fabricator for the automotive, aerospace and packaging industries, and Compass Minerals International, Inc., a producer of salt for highway deicing, commercial and industrial markets. Ms. Walker brings extensive financial leadership experience in global, publicly traded companies, knowledge of financial controls and systems and risk management and understanding of IT infrastructure.

***Kevin Holleran*** has served as President, Chief Executive Officer and Director of the Company since August 2019. Prior to joining the Company, Mr. Holleran served as President and Chief Executive Officer of the Industrial Segment within Textron beginning in 2017. Textron's Industrial Segment is composed of Textron Specialized Vehicles, a leading global manufacturer of purpose-built vehicles and equipment for a variety of commercial and recreational applications across a number of brands; as well as, Kautex a tier one automotive supplier of fuel systems, selective catalytic reduction systems and cleaning solutions. Prior to 2017, Mr. Holleran was the President and Chief Executive Officer of Textron Specialized Vehicles for ten years, during which time he grew revenue and profitability substantially through both organic growth and acquisitions. Prior to his time at Textron, Mr. Holleran held a number of management positions at Ingersoll Rand and Terex Corporation across the sales, marketing, and product management functions. He holds an MBA from Wake Forest University and an undergraduate degree from Cornell University. As the Company's president and chief executive officer, Mr. Holleran brings to the board of directors specific knowledge of our business, our people, our challenges and our prospects for continued growth, as well as a deep understanding of our business and markets.

12