# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN,<br><br>Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by counsel for CCMP Capital

Advisors, LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III

(Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III

GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, and Greg Brenneman, Mark

McFadden, and Timothy Walsh (together the "CCMP Defendants") for an entry of an Order dismissing the Consolidated Amended Class Action Complaint, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this _____ day of _____, 202__,

**ORDERED** that the CCMP Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint is hereby GRANTED; and it is further

**ORDERED** that the Consolidated Amended Class Action Complaint is hereby dismissed in its entirety with prejudice as to the CCMP Defendants; and it is further

**ORDERED** that the Clerk of the Court shall enter judgment and mark this matter CLOSED.

**IT IS SO ORDERED**.

_____
Honorable William J. Martini
United States District Judge

2