# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN,<br><br>Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>**CERTIFICATE OF SERVICE** |

I, Scott W. Parker, Esq., hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Motion to Dismiss the Consolidated Amended Class Action Complaint, Brief in Support, Declaration of Scott W. Parker, Esq. and any appendices or exhibits thereto, the Proposed Order, and this Certificate

of Service to be served on all counsel of record electronically via the Court's

CM/ECF system, where this document is available for downloading and viewing.


Dated:  December 18, 2024                                        By:    */s/ Scott W. Parker*
                                                                            Scott W. Parker, Esq.