**LATHAM & WATKINS LLP**
Kevin M. McDonough (N.J. Bar No. 41892005)
Andrew B. Clubok (*pro hac vice*)
Corey A. Calabrese (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
Email: andrew.clubok@lw.com
Email: corey.calabrese@lw.com

*Counsel for Defendants Hayward Holdings, Inc.,*
*Kevin Holleran, and Eifion Jones*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>Document Electronically Filed<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DAY:** March 17, 2025 |

**PLEASE TAKE NOTICE** that on March 17, 2025, at 9:00 a.m. EST, or on such other date and time as set by the Court, Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones (collectively, the "Hayward Defendants") shall move this Court for the entry of an Order dismissing with prejudice Plaintiff's Consolidated Amended Class Action Complaint (ECF No. 91) pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, the Hayward Defendants intend to rely upon the accompanying Memorandum of Law and the Declaration of Kevin M. McDonough dated December 18, 2024, with appendices and exhibits attached thereto, as well as any submissions offered on reply.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Stipulation and Order entered by the Court on November 18, 2024 (ECF No. 94), Plaintiff's opposition, if any, must be electronically filed and served upon all parties on or before February 6, 2025, and any reply in support of the Motion to Dismiss shall be due on or before March 4, 2025.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: December 18, 2024
      Chatham Township, New Jersey

Respectfully submitted,

**LATHAM & WATKINS LLP**

By:  <u>/s/ Kevin M. McDonough</u>
      Kevin M. McDonough
      (N.J. Bar No. 41892005)
      Andrew B. Clubok (*pro hac vice*)
      Corey A. Calabrese (*pro hac vice*)
      1271 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 906-1200
      Email: kevin.mcdonough@lw.com
      Email: andrew.clubok@lw.com
      Email: corey.calabrese@lw.com

*Counsel for Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones*