**APPENDIX A**

**Statements Challenged in Plaintiff's Second Amended Complaint[1]**

| NO. | PL NO.[2] | DATE & SOURCE | STATEMENT | REASON(S) NOT ACTIONABLE[3] |
|---|---|---|---|---|
| 1. | 8, 9, 12, 15, 30, 46, 47, 48, 49, 50 | 10/27/2021<br><br>Ex. 6,[4] Q3-2021 Form 10-Q at 43 (incorporating Ex. 2, IPO Prospectus at 24-52)<br><br>¶¶ 141-42, 144-46<br><br>12/20/2021<br><br>Ex. 10, Press Release at 1 (incorporating Ex. 6, Q3-2021 | "**Our business depends on the performance of distributors, builders, buying groups, retailers and servicers.**"<br><br>We distribute our products through our customers who are distributors, builders, buying groups, retailers and servicers, many of whom sell products of competing manufacturers. We rely on our customers to stock, market and recommend our products to pool owners and our business depends on retaining good relationships with our customers. However, the financial condition of these resellers could weaken, they could stop distributing our products or reduce sales of our products and prefer others, or uncertainty regarding demand for some or all of our products could cause them to reduce their ordering and marketing of our products, and as a result our business, | • Forward-looking. *See* § I.A.1; I.A.5.<br><br>• Not false or misleading. *See* § I.A.5.[5] |

[1] The statements and sources above are drawn from Plaintiff's Consolidated Amended Class Action Complaint, filed November 1, 2024. *See* ECF No. 91 (the "SAC"). All references to "¶ _" are to the paragraphs in the SAC. Red text denotes surrounding context that is omitted from the SAC. Green text denotes statements that Plaintiff alleges to be partially corrective. Additional statements challenged as false and misleading for *the first time* in the SAC are shaded in grey. All emphasis, with the exception of that which has been added to the red text, has been supplied by Plaintiff.

[2] Cross-references are to the "Entry No." in Plaintiff's Appendix A to the SAC (ECF No. 91-1), which improperly identifies and quotes the challenged statements, as described in Section I.A of the Hayward Defendants' brief.

[3] Cross-references are to the argument sections of the Hayward Defendants' brief.

[4] Citations to "Ex. _" refer to exhibits attached to the Declaration of Kevin M. McDonough, submitted herewith.

[5] Plaintiff has failed to plead that the identified statement was false, or misleading by omission, with the particularity required by the Private Securities Litigation Reform Act and Federal Rule of Civil Procedure 9(b).

A - 1

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | Form 10-Q at 43) <br><br> ¶ 154 <br><br><br> 1/24/2022 <br><br> Ex. 11, Press Release at 3 (incorporating Ex. 6, Q3-2021 Form 10-Q at 43) <br><br> ¶ 161 <br><br><br> 3/9/2022 <br><br> Ex. 16, 2021 Form 10-K at 14 (contains "identical" risk factors to Ex. 6, Q3-2021 Form 10-Q at 43) <br><br> ¶ 196 <br><br><br><br> 4/29/2022 <br><br> Ex. 21, Q1-2022 Form 10-Q at 30 (contains "substantially similar" risk factors as those in the IPO Prospectus) <br><br> ¶ 228 <br><br><br> 5/2/2022 <br><br> Ex. 22, Automatic Shelf | financial condition, results of operations and cash flows could be materially impacted. <br><br> <span style="color:red">We have invested and intend to continue to invest in programs designed to enhance sales to distributors, builders, buying groups, retailers and servicers, including through volume rebates with key distributors. However, these programs may not be successful in retaining or increasing product purchases by these customers.</span> <br><br> \* \* \* <br><br> **A loss of, or material cancellation, reduction, or delay in purchases by, one or more of our largest customers could harm our business.** <br><br> <span style="color:red">A majority of our net sales is generated from sales to distributors, including our largest customer, Pool Corporation, who represented approximately 30% of our net sales in Fiscal Year 2020 and 35% of our accounts receivable on December 31, 2020. While we do not have any other customers that accounted for 10% or more of our net sales in Fiscal Year 2020, we have other customers that are key to the success of our business. Our top five customers accounted for approximately 43% of our net sales in Fiscal Year 2020. Our concentration of sales to a relatively small number of larger customers makes our relationship with each of these customers important to our business. Our success is dependent on retaining these customers, which requires us to successfully manage relationships and anticipate the needs of our customers in the channels in which we sell our products. We cannot provide assurance that we will be able to retain our largest customers. In addition, some of our customers may shift their purchases to our competitors in the future. The loss of one or more of our largest customers,</span> any material cancellation, reduction, or delay in purchases by these customers, or our inability to successfully develop relationships with additional customers could have a material adverse effect on our business, financial condition, results of operations and cash | |

| No. | Pl No.² | Date & Source | Statement | Reason(s) Not Actionable³ |
|-----|---------|---------------|-----------|---------------------------|
| | | Registration at 2 (incorporating Ex. 6, Q3-2021 Form 10-Q at 43)<br><br>¶¶ 231-32<br><br><br>5/4/2022<br><br>Ex. 23, Prospectus Supplement at S-15 (incorporating Ex. 6, Q3-2021 Form 10-Q at 43)<br><br>¶ 233 | flows.<br><br> *    *    * <br>***The COVID-19 pandemic and associated responses could adversely impact our business, operations, financial condition, results of operations or cash flows.***<br><br>While we believe that the COVID-19 pandemic has only reinforced existing pool industry growth trends and has not had a significant impact to our cost structure, our business, operations, financial condition, results of operations or cash flows could be negatively impacted by the COVID-19 pandemic and associated responses.<br><br>Early in the pandemic, certain of our suppliers faced challenges and were not able to timely deliver the quantities of raw materials or components we required. This negatively affected our production capabilities in the second quarter. During the third quarter we secured secondary sources of supply and were able to return production to full capabilities. Continued restrictions and disruption of transportation, including reduced availability of air transport, port closures and increased border controls or closures, have resulted in higher costs and delays, both for obtaining raw materials and components and shipping finished goods to customers, which has had a limited impact on our profitability. However, if the COVID-19 pandemic is prolonged or worsens, we could experience further supply chain disruptions or delays that could have a material impact on our business.<br><br>Our North American operations are and have been continuously open since the start of the COVID-19 pandemic as water sanitization has been designated as an essential business in almost all of our markets. As such we have implemented the necessary steps to protect our manufacturing and distribution facilities to ensure we have continuity of production and supply to our | |

A - 3

| No. | PL No.[2] | DATE & SOURCE | STATEMENT | REASON(S) NOT ACTIONABLE[3] |
|---|---|---|---|---|
| | | | customers. While we did experience in the early months of the pandemic partial or full facility closure for cleaning and sanitization, all of our manufacturing and distribution facilities are currently operational. However, a future shutdown or reduction of our manufacturing or distribution facilities as a result of the pandemic could have a negative impact on our operations, inventory, results of operations or cash flows. The COVID-19 pandemic has caused a global economic slowdown that may last for a potentially extended duration, and it is possible that it could cause a global recession. Deteriorating economic and political conditions caused by the COVID-19 pandemic, such as increased unemployment, decreased capital spending, declines in consumer confidence, or economic slowdowns or recessions, could cause a decrease in demand for our products. In addition, a prolonged or worsened COVID-19 pandemic could lead to the shutdown or material reduction of pool construction and repair, replacement and remodeling activity, which could have a material adverse effect on our business, financial condition, results of operations and cash flows. While we have experienced higher demand in our pool business as pool owners sheltered-in-place and have spent more time at home as a result of the COVID-19 pandemic, such growth may not be sustainable and may not be repeated in future periods. Furthermore, even if growth in demand continues, we may not be able to meet that demand due to production and capacity challenges. <br><br> \*  \*  \* <br><br> **Our operating results will be harmed if we are unable to effectively manage and sustain growth or scale our operations.** <br><br> We may not be able to manage our future growth, if any, efficiently or profitably. Our sales and operating margins, or sales and margin growth, may be less than expected. If we are unable to scale our operations efficiently or maintain pricing without significant discounting, we may fail to achieve | |

A - 4

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | expected operating margins, which would have a material and adverse effect on our operating results. Growth may also stress our ability to adequately manage our operations, quality of products, safety, and regulatory compliance. If growth significantly decreases, it will negatively impact our cash flows, and it may be necessary to refinance our existing indebtedness or obtain additional financing, which may increase indebtedness or result in dilution to shareholders. Further, we may not be able to obtain additional financing on acceptable terms, if at all.<br><br>\*     \*     \*<br><br>**If we do not manage product inventory in an effective and efficient manner, it could adversely affect profitability.**<br><br>Many factors affect the efficient use and planning of product inventory, such as effectiveness of predicting demand, preparing manufacturing to meet demand, meeting product mix and product demand requirements, and managing product expiration. We build-up product inventory during the third quarter in anticipation of shipments of products purchased through our early buy program in the fourth quarter. However, we may not accurately anticipate the level of customer participation in the early buy program or the amount of products that they may purchase. We may be unable to manage our inventory efficiently, keep inventory within expected budget goals, keep our work-in-process inventory on hand or manage it efficiently, control expired product, or keep sufficient product on hand to meet demand. We may not be able to keep inventory costs within our target levels. Failure to do so may harm our long-term growth prospects." | |
| 2. | 4 | 10/27/2021<br><br>Ex. 7, Q3-2021 Earnings Call Tr. at 5 | **K. Holleran**: "Given the demand levels and backlog growth, coupled with rapid inflationary pressure, we have been proactive in managing our price, implementing cost reductions and improving production levels. However, during the quarter, we saw an acceleration of our supply chain and inflation | • Not false or misleading. *See* § I.A.4. |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | ¶ 128<br><br>Speaker: K. Holleran | headwinds, leading to higher costs than previously anticipated. We've taken strategic pricing action this year and see the runway for these actions benefiting the price/cost dynamic positively, but we also expect a volatile environment in the near term. | |
| 3. | 1, 2, 3 | 10/27/2021<br><br>Ex. 7, Q3-2021 Earnings Call Tr. at 11<br><br>¶¶ 122, 124, 126<br><br>Speaker: K. Holleran | Q: "Obviously, we heard from POOLCORP last week. And they've seen a significant uptick in inventories, but it sounds like they still want to get more. So I'm just curious if you can just give us a bit more color in terms of what you're seeing in the channel in terms of inventory levels and what your distributors are asking for."<br><br>A: **K. Holleran**: "Yes. I mean I would say [Pool Corp.]'s comments last week represent the industry as a whole. Inventories are in a healthier position than they were a quarter or 2 ago. If you look at it from a days-on-hand standpoint, it's still in a -- it's an improving position, but certainly not too much by any means.<br><br>Admittedly, the mix of that inventory may not be as ideal as any of us would like it. There's still some products that are in shorter supply. So we're working feverishly to address that. But in total, I think we're taking some shelf space right now. So we look at it really through 2 lenses: in absolute terms, what's -- what are the inventory levels looking like, but also then are [we] accounting for some additional shelf space through our share gains.<br><br>So yes, I mean we keep close tabs on it. We have good insight from our large distributor partners. And these are conversations that we have with them in understanding what they need more of and trying to improve that mix so that we can push more product out to its ultimate use in the backyard." | • Corporate Optimism (*e.g.*, "Inventories are in a healthier position"; days-on-hand standpoint is an "improving position"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |
| 4. | 4 | 10/27/2021<br><br>Ex. 7, Q3-2021 Earnings Call | Q: "[Y]ou talked about building visibility into 2022. Maybe just some thoughts on backlog, how you see the lead time stretching and what gives you confidence when you look at the various components to your growth, whether | • Corporate Optimism (*e.g.*, "high confidence" |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | Tr. at 13<br><br>¶ 128<br><br>Speaker: K. Holleran | it's repair/replace and the refurb, newbuild, whatever. What are the factors that drive confidence in the volume side going into next year?"<br><br>A: **K. Holleran**: "Yes. I mean the backlog does stretch certainly into 2022. It's at elevated levels still despite some of our production capacity improvements.<br><br>As you look at the levers of growth, I think they continue to be very -- we have high confidence in them, certainly new construction. I know others have talked about this. The builders are quoting well out into 2022, some even beyond. I know they're working feverishly to add labor and increase their crews to be able to get more pools in the ground in 2022.<br><br>The remodeling segment of the market, I think, is another [ripe] opportunity. As I said in the prepared remarks, our pools are more aged now than ever. And there is an interest both with the homeowner who's doing a full-scale remodel or just looking to upgrade a piece or 2 on their pad that they're looking to digitize to take more control and automation over the pool or to increase the ambiance or to become more natural in the water treatment. So there's a number of different angles that are -- that continue to fuel our confidence into 2022. And we have a backlog right now that certainly supports volume growth in the early months of 2022 to start from." | in levers of growth; "confidence into 2022"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |

A - 7

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| 5. | 5 | 10/27/2021<br><br>Ex. 8, Q3-2021 Earnings Call Presentation at 5<br><br>¶ 130 |  | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "strong year-to-date results"; "broad based strength"; "healthy demand"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |
| 6. | 5 | 10/27/2021<br><br>Ex. 8, Q3-2021 Earnings Call Presentation at 10<br><br>¶ 130 | | • Not false or misleading. *See* § I.A.4.<br><br>• Corporate Optimism (*e.g.*, "sustained demand"). *See* § I.A.2. |

| NO. | PL NO.[2] | DATE & SOURCE | STATEMENT | REASON(S) NOT ACTIONABLE[3] |
|---|---|---|---|---|
| 7. | 6 | 10/27/2021<br><br>Ex. 9, Press Release at 1, 2<br><br>¶¶ 133, 135 | CEO COMMENTS:<br><br>"Our third quarter results were driven by our team's ability to execute and capture the sustained demand for Hayward products as we continue to see strength in the pool market. I am extremely proud of Hayward's ability to work through supply-side constraints and continue to utilize and expand product capacity, demonstrating our agile manufacturing capabilities and competitive positioning," said Kevin Holleran, Hayward's President and Chief Executive Officer. "During the quarter we saw a continuation of key industry tailwinds and with our leading product portfolio and innovative technology we were able to further capture market share at improved profitability levels. While we anticipate inflationary and supply side pressures to persist through the end of the year, we are prioritizing pricing and productivity actions to help offset these headwinds. We remain encouraged by the ongoing trends developing in the outdoor living space, fueling sustainable growth for pools and pool products."<br><br>...<br><br>While current demand levels and Hayward's production capabilities remain strong, the adverse cost impact from the rapid rate of inflation and ongoing global supply chain disruptions are greater than previously anticipated. Despite the current cost environment, Hayward is reaffirming its Adjusted EBITDA guidance range for the full fiscal year 2021 of $405 million to $425 million, or a growth range of 75% to 84% year-over-year. | • Not false or misleading. *See* § I.A.4.<br><br>• Corporate Optimism (*e.g.*, "team's ability to execute"; sustained demand"; "continue to see strength in the pool market"; capabilities "remain strong"). *See* § I.A.2. |
| 8. | 7 | 10/27/2021<br><br>Ex. 6, Q3-2021 Form 10-Q at 28<br><br>¶ 138 | Net sales<br><br>Increased to $298.2 million for the three months ended October 2, 2021 from $184.0 million for the three months ended September 26, 2020, an increase of $114.2 million or 62.1%. | • Not false or misleading. *See* § I.A.4.<br><br>• Corporate Optimism (*e.g.*, |

| No. | PL No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | This was primarily the result of a 53.0% increase in volume mostly due to higher sales of residential pool equipment as demand for more efficient, environmentally friendly and automated pool products remains robust, and a net 8.0% positive price impact including price increases and lower rebates and allowances as percentage of sales as incentives reach their maximum, and 1.1% from the favorable impact of foreign currency translation. | "automated pool products remains robust"). *See* § I.A.2. |
| 9. | 11 | 12/20/2021<br>Ex. 10, Press Release at 1<br>¶ 152<br>Speaker: E. Jones | **E. Jones**: "'We are pleased to announce the initiation of a stock repurchase program, which reflects our strong cash flow generation capability and significant deleveraging of our balance sheet since going public earlier this year . . . 'While our capital allocation strategy continues to prioritize organic and inorganic investments, including the recent addition of a new distribution center and two tuck-in technology acquisitions, our capital structure provides Hayward with the flexibility to return capital to shareholders, including negotiated transactions with our sponsors.'" | • Corporate Optimism (*e.g.*, "our strong cash flow"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |
| 10. | 10 | 12/20/2021<br>Ex. 10, Press Release at 1<br>¶ 150<br>Speaker: K. Holleran | **K. Holleran**: "Our business is performing well and we remain confident in our ability to continue executing our growth initiatives in the years ahead. . . . We are supportive of increased float and liquidity in our shares over time, and also believe our stock represents an attractive use of cash as part of our balanced approach to capital allocation." | • Corporate Optimism (*e.g.*, "business is performing well"; "remain confident in our ability to continue executing our growth initiatives"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | | I.A.4. |
| 11. | 13, 14 | 1/24/2022<br><br>Ex. 11, Press Release at 2<br><br>¶¶ 157, 159 | "For the fiscal quarter ended December 31, 2021, we expect Net sales to be in the range of $348 million to $354 million compared to $261 million for the fiscal quarter ended December 31, 2020. The expected increase in Net sales was primarily driven by higher volumes mainly in residential pool equipment sales as we continued to see demand from aftermarket upgrades and new construction. Net sales growth continues to benefit from the demand environment for outdoor living products, our production capabilities, introduction of new products (notably within our SmartPadTM offering), and price increases in response to higher inflation, despite 6 fewer days during the fiscal quarter compared to the prior year." | • Forward-looking. *See* § I.A.1.<br><br>• Not false or misleading. *See* § I.A.4. |
| 12. | 20, 21, 23 | 3/2/2022<br><br>Ex. 14, Q4-2021 Earnings Call Tr. at 9<br><br>¶¶ 174, 176, 180<br><br>Speaker: K. Holleran | **K. Holleran**: "I'll wrap up on Slide 19 and discuss our outlook for the full fiscal year 2022. We expect to grow net sales in the range of 9% to 12% compared to 2021, comprised of a combined price and volume growth range of 11% to 14%, including the impact of 2 fewer trading days in 2022, partially offset by unfavorable FX impact year-on-year. This guidance reflects strong carryover demand, conversion of current order file, pricing benefits and ongoing product adoption. We expect to deliver adjusted EBITDA in the range of $460 million to $475 million for the full fiscal year 2022, a growth range of 9% to 13% year-over-year." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "strong carryover demand"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |
| 13. | 18, 23 | 3/2/2022<br><br>Ex. 14, Q4-2021 Earnings Call | Q: "Yes. I mean no question about it [a very encouraging initial view of '22]. In terms of things about how we enter the year, I'm guessing it's going to be a little bit symmetrical to -- or rather a mirror image of last year. Just | • Forward-looking. *See* § I.A.1. |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | Tr. at 11<br><br>¶¶ 170, 180<br><br>Speaker: E. Jones | wondering how you've done and impact some of the Texas storm last year when your competitors talked about that as a factor, just wondering what impact you're seeing from that?"<br><br>A: **E. Jones**: "Yes. I mean Texas certainly benefited us and the broader industry . . . We haven't really quantified that publicly. But it really wasn't just a 1-year thing. I think that it will continue to play out as those markets continue to. I think they triage but they may not have necessarily done the complete upgrade to those pads. So I don't necessarily think it's just a 1-year phenomena.<br><br>Our volume guidance has lots of pluses and minuses in it. We've accounted for the Texas situation to whatever extent, we'll step over that and continue to post volume growth in 2022. As you say, the year's starting out pretty similar to 2021 with some elevated backlogs starting the year. And we're working hard to convert that backlog into product, in the channel and for our dealer networks." | • Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4.<br><br>• Corporate Optimism (*e.g.*, "we're working hard to convert that backlog into product"). *See* § I.A.2. |
| 14. | 19 | 3/2/2022<br><br>Ex. 14, Q4-2021 Earnings Call Tr. at 12-13<br><br>¶ 172<br><br>Speaker: E. Jones | Q: "First, just on the cadencing through the year, "how are you thinking about front half versus the back half, how that compares to normal seasonality? And any kind of volume or price discrepancies as you think about growth in the first half versus growth in the second half?"<br><br>A: **E. Jones**: "Yes. We are beginning to see a somewhat of a return to normal seasonality as we step into '22. I mean typically, Q1 and Q3 are the lower season volume periods for the channel. We've entered '22 with a very strong order file. We're concentrating in Q1 in our production units to fill out some of the hold on certain product lines that the channel is demanding right now. We do see and expect a strong volume metric period in Q2. And then we'll see how the balance of the year develops as we get into that time period. But sentiment remains strong as we've started the year here." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "very strong order file"; "strong volume metric period in Q2"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3. |

A - 12

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | | • Not false or misleading. *See* § I.A.4. |
| 15. | 16, 17, 18 | 3/2/2022<br><br>Ex. 14, Q4-2021 Earnings Call Tr. at 13<br><br>¶¶ 163-64, 166, 168<br><br>Speaker: K. Holleran | Q: "And second question, inventory levels in the channel are at least a little closer to normal, backlog still at record levels. Maybe just reconcile those 2, what do you think it means? Is there a risk from a cancellation perspective? Or do you look at this more as just really good visibility as you work through the year, and it says more about underlying demand?"<br><br>A: **K. Holleran**: "I think it's more of the latter, Mike. I think it's a very credible order file. There's been plenty of price increases that we've had to announce into the industry. We ran kind of a modest early buy last year. If the channel was feeling as if they had too much or were unhappy with their inventory turns, I think there was opportunity for them to slow the bookings or even cancel and we've seen negligible cancellations through those time periods. So we feel very good about the credibility of that order file.<br><br>As for inventory levels, they are getting back to more normal levels, good turns on it. We don't think it's elevated. But what I will acknowledge is, I think that there's some shortages of some particular SKUs that we'd like to be able to solve, and we're working hard here the beginning part of 2022 to try and rectify that, whether it's some salt or other products. We know that it's not a perfectly balanced inventory from a SKU standpoint, but we're working hard to solve that." | • Corporate Optimism (*e.g.*, "very credible order file"; "we feel very good about the credibility of that order file"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |

A - 13

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| 16. | 24 | 3/2/2022<br><br>Ex. 14, Q4 2021 Earnings Call Tr. at 14<br><br>¶ 181<br><br>Speaker: E. Jones | Q: "Okay. And then at the low end, volume up low single digits, feels pretty conservative to me. How do we square that up just with the order file, mix being positive, share gains?"<br><br>A: **E. Jones**: "I mean look, we've got a level of conservatism built into our forecast here. We feel very positive about the start of the year. To your point, the sort of very strong order file that we have on the business right now as we step into the primary season period of Q2, we'll get a better read on how the balance of the year is building, but it's fair to say that the guidance we've given right now does have an element of conservatism, and we don't want to get ahead of ourselves right out of the gate here. But we'll update you guys as we get through our Q1 and into Q2 visibility." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "feel very positive about the start of the year"; "very strong order file"; "a level of conservatism built into our forecast"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |

A - 14

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| 17. | 22 | 3/2/2022<br><br>Ex. 14, Q4 2021 Earnings Call Tr. at 14<br><br>¶ 178<br><br>Speaker: K. Holleran | Q: "Are you assuming any channel load in the '22 guide?"<br><br>…<br><br>A: **K. Holleran**: "Yes. No, we're really not calling for at this point, additional inventory in the channel at year-end 2022. We'll see how the year plays out. If retail demand and pull-through continue on the robust pace we've seen in the last 2 years in absolute terms, there could be some increase to support the forward-looking days on hand. But at this point, we're not assuming additional channel load." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "robust pace"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |
| 18. | 18 | 3/2/2022<br><br>Ex. 14, Q4-2021 Earnings Call Tr. at 15-16<br><br>¶ 170<br><br>Speaker: K. Holleran | Q: "And then just as it pertains to kind of the -- some of this off-season activity early live channel load, however you want to look at it. I guess what distinguishes that from, in your mind, just sort of like a normal sale because I think we normally associate early b[u]y with something a bit more kind of promotional on the pricing front, which clearly isn't happening.<br><br>So is this just folks wanting to add inventory to make sure they're not scrambling in April? Or was there some other sort of distinction, whether it was on price or payable terms or something else that would kind of make this early buy specifically?"<br><br>A: **K. Holleran**: "Yes. I would say early buy in general this year was really targeted by us for 2 things. The seasonal markets, we have strong market position in the seasonal market. So we wanted to make sure that those markets had sufficient product on the shelf for when the spring broke this year. Secondly, we wanted to make sure we had as good a market visibility on some new products that we didn't have much history on yet. So that we had their | • Not false or misleading. *See* § I.A.4. |

| NO. | PL NO.[2] | DATE & SOURCE | STATEMENT | REASON(S) NOT ACTIONABLE[3] |
|---|---|---|---|---|
| | | | input and could build our forecast on our production schedules accordingly so that we were prepared for what the market acceptance was going to be early in these new products evolution.<br><br>So those were really the 2 things that we targeted. It was a much reduced SKU count this year . . . and from a terms and a pricing discount, also very much curtailed from a historical standpoint because of the order file that already existed in our possession." | |
| 19. | 26 | 3/2/2022<br><br>Ex. 13, Q4-2021 Press Release at 1<br><br>¶ 186<br><br>Speaker: K. Holleran | **K. Holleran**: "I am extremely proud of the strong quarter and year-end results Hayward employees delivered in our first year as a public company, where we saw a continuation of robust organic growth in net sales and significant margin expansion. Our successes this year with servicing our end markets with reliable product and innovative new technologies in a demanding operating environment is a direct result of our agile manufacturing capabilities and investments in strengthening our competitive positioning . . . 'We delivered these results while executing on a number of strategic initiatives involving our manufacturing and distribution footprint as well as strengthening our balance sheet through ample deleveraging. We continue to benefit from key secular tailwinds within our industry and with our leading product portfolio and technology we were able to enhance our market share at improved profitability levels. We are entering 2022 with significant momentum, we remain encouraged by underlying industry demand levels supported by both new construction and aftermarket activity, and an enhanced positioning within the pool industry as a result of recent acquisitions and additions to our team.'" | • Corporate Optimism (*e.g.*, "entering 2022 with significant momentum"; "enhanced positioning within the pool industry"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |
| 20. | 27 | 3/2/2022<br><br>Ex. 13, Q4-2021 Press Release at 1-2 | "[The increase in net sales] was primarily driven by continued demand in residential pool equipment sales, in particular aftermarket upgrades, service and new construction. Net sales growth continues to benefit from a robust demand environment for outdoor living products, increased capacity and capabilities leading to higher output, and strategic pricing actions." | • Not false or misleading. *See* § I.A.4.<br><br>• Corporate Optimism (*e.g.*, |

A - 16

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | ¶ 188 | | "robust demand environment"). *See* § I.A.2. |
| 21. | 28 | 3/2/2022<br><br>Ex. 13, Q4-2021 Press Release at 4<br><br>¶ 190 | "Hayward is well positioned to deliver continued net sales and adjusted EBITDA growth in 2022 following the tremendous success in 2021 given the sustainable secular trends driving demand for pool products, specifically within our SmartPad conversion opportunities and environmentally conscious technology products.<br><br>For the full fiscal year 2022, Hayward expects net sales growth of 9% to 12% year-over-year and Adjusted EBITDA in the range of $460 million to $475 million, or a growth range of 9% to 13% year-over-year.<br><br>Please see the Forward-Looking Statements section of this release for a discussion of certain risks relevant to Hayward's outlook." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "well positioned to deliver continued net sales and Adjusted EBITDA growth in 2022"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| 22. | 25 | 3/2/2022<br><br>Ex. 15, Q4-2021 Earnings Call Presentation at 19<br><br>¶ 183 | | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "strong year-to-date results"; "broad based strength"; "healthy demand"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |
| 23. | 29 | 3/9/2022<br><br>Ex. 16, 2021 Form 10-K at 48<br><br>¶ 194 | "The Fiscal Year 2021 increase in net sales was primarily the result of higher volumes, mainly in residential pool equipment sales from continued demand for pool upgrades and increasing new pool construction, a net 7.5% price impact, and favorable foreign currency effects." | • Not false or misleading. *See* § I.A.4. |
| 24. | 29 | 3/9/2022<br><br>Ex. 16, 2021 Form 10-K at 51<br><br>¶ 194 | ***North America ("NAM")***<br><br><u>Net sales</u><br><br>"Increased to $1,160.9 million in Fiscal Year 2021 from $706.5 million in Fiscal Year 2020, an increase of $454.3 million or 64.3%.<br><br>This was primarily the result of a 54.5% increase in volume mostly due to higher sales of residential pool equipment as demand for more efficient, | • Not false or misleading. *See* § I.A.4.<br><br>• Corporate Optimism (*e.g.*, "demand . . . remained robust"). |

| No. | PL No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | environmentally friendly and automated pool products remained robust, a 8.3% favorable impact from price increases, and a 1.5% favorable impact of foreign currency translation." | *See* § I.A.2. |
| 25. | 29 | 3/9/2022<br><br>Ex. 16, 2021 Form 10-K at 52<br><br>¶ 194 | ***Europe & Rest of World ("E&RW")***<br><br><u>Net sales</u><br><br>"Increased to $240.9 million in Fiscal Year 2021 from $168.9 million in Fiscal Year 2020, an increase of $72.1 million or 42.7%.<br><br>This increase was primarily due to 33.1% volume growth driven by continuing strong customer demand for pool products and the easing of governmental restrictions relating to COVID-19 in Fiscal Year 2021 as compared to Fiscal Year 2020, the favorable impact of foreign currency translation, and favorable pricing." | • Corporate Optimism (*e.g.*, "continuing strong customer demand"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |
| 26. | 20, 39 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 8<br><br>¶ 174<br><br>Speaker: K. Holleran | "I'll wrap up on Slide 15 and discuss our outlook for the full fiscal year 2022. We are off to a good start to the year with strong performance in sales and profitability during the first quarter. Despite some broader macroeconomic uncertainty in the second half of the year, including ongoing supply chain and inflationary pressures, we are pleased to affirm our guidance for net sales growth in the range of 9% to 12% compared to 2021. This is comprised of a combined price and volume growth range of 12% to 15% partially offset by FX and one less trading day in 2022. We also expect adjusted EBITDA to be in the range of $460 million to $475 million for 2022, representing growth of 9% to 13% year-over-year." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "off to a good start to the year with strong performance in sales and profitability"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | | I.A.4. |
| 27. | 31, 32, 33 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 10<br><br>¶¶ 198, 200, 202<br><br>Speaker: K. Holleran | Q: "First off, just high level, are you seeing any signs of consumer spending slowing down or cancellations in the order file? I guess I was a little surprised you didn't raise the bottom end of guidance here."<br><br>A: **K. Holleran**: "We really haven't seen any kind of cancellations. We're in pretty close contact with both channel partners and our dealers, and the work on the books and new lead generation both remain strong despite plenty of price increases. And obviously, the channel inventory position has gotten better. We're in a much better position going into the start of the season in 2022.<br><br>So no, we're still seeing robust demand and the order file on the books is still very strong and seems to be pressure tested, and product is going to be installed in the backyard." | • Corporate Optimism (*e.g.*, "We're in a much better position"; "we're still seeing robust demand and the order file on the books is still very strong"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |
| 28. | 40 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 11<br><br>¶ 215<br><br>Speaker: E. Jones | Q: "Gross margins up in 2Q, pricing actions reading out, I understand all that. But if I back into, I guess, the midpoint of EBITDA guidance and the midpoint of revenue guidance and incorporating the strong start to the year in Q1, it implies EBITDA margins kind of flatlined to or down 50 to 100 bps for the rest of the year. So is something else happening below the gross margin line where you're not reading out some better EBITDA margin expansion metrics later into the year? Or is that something we just see into the second half per se on EBITDA?"<br><br>A: **E. Jones**: "Yes. Good question. I mean, what I would say is we're very pleased with the start to the year, a great margin in Q1 higher than the full year last year. And it's fair to say that the macroeconomic climate, both in the U.S. and maybe a bit more particular in Europe and rest of the world, is a bit more | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "underlying growth drivers remain very strong"; "Secular trends remain strong": "every indication is it is strong"; "strength in the industry and |

A - 20

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | difficult than where we had started the year. It's something we have to deal with. And we remain cautious about the second half of the year. We want to see the '22 policies and complete out strong, and every indication is it is strong. But we'll get a view then on the start of the new '23 season as we get to the end of Q2 this year and into Q3.<br><br>I'd say the underlying growth drivers remain very strong. Secular trends remain strong, as Kevin mentioned, and everything is pointing to strength in the industry and strength for Hayward. So in terms of our guidance, it really reflects just a cautionary view on how the second half may develop. As I said before, price is still in the high single-digit growth year-on-year before the continued implementation of the surcharge. FX is a headwind. But in terms of the structural margin on the EBITDA line in the second half, it does represent a little bit of view of caution given the current climate.<br><br>But we feel good about where we're at, and we'll update you guys as we come out of Q2." | strength for Hayward"). *See* § I.A.2.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |
| 29. | 35, 36 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 13<br><br>¶¶ 205, 207<br><br>Speaker: K. Holleran | Q: "And then on the inventory side, maybe just talk about how you guys are looking at channel inventory? And obviously, we can hear some chatter public markets on how some of your channel partners are thinking about inventory and restocking, and just would like to get your sense for what your view of the channel partners is in terms of their inventory expectations and how they expect to build or not build as they work through the year?"<br><br>A: **K. Holleran**: "Yes. We do keep close tabs on it with our channel partners to make sure that we all feel comfortable with the amount of inventory staged closer to point of sale, and they are largely replenished and in a much better position starting the 2022 season than they were either in the last 2 years.<br><br>It's not a perfect balance. There are SKUs and product categories based upon a material availability that we need more of. They need more of for sale. | • Forward-looking. *See* § I.A.1.<br><br>• Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |

A - 21

| NO. | PL NO.[2] | DATE & SOURCE | STATEMENT | REASON(S) NOT ACTIONABLE[3] |
|---|---|---|---|---|
| | | | Maybe some solve then some sand filters, variable speed pumps, some controls, but it's much improved over the prior year. | |
| | | | In absolute dollars, as I said, it's higher at the end of Q1 2022 than the same period. But I think there are a few things to keep in mind that as we look at it from a days on hand standpoint, obviously, that inventory value has a lot of price embedded in it. The industry has also grown, so there needs to be additional inventory in there to support the overall industry growth, which has been 30-plus percent over the last few years. And then from -- specifically to Hayward, some of our share gains, that would require some incremental inventory positions for the Hayward product in the channel. | |
| | | | So all that said, we feel comfortable with our inventory position from a days on hand standpoint here at the start of the season. Our guidance assumes that there will be greater sell out than sell into the channel during the 2022 season. And these are the things that we're going to keep close tabs on as we work through the year and start -- continue with our guidance updates and look out into 2023, Mike." | |
| 30. | 34 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 14<br><br>¶ 204<br><br>Speaker: K. Holleran | Q: "And then when you think about the second half of the year, obviously, you've got a very conservative back half assumption in your guide. What is your biggest concern right now, Kevin? Is it really -- is it supply chain inflation? Is it help the consumer with rates rising? Is it labor availability? I mean, what would you say is your biggest concern right now?"<br><br>A: **K. Holleran**: "Yes. I mean, from a labor standpoint, we actually -- where that was our key focus through the middle of last year. We feel pretty good from a labor availability standpoint. There's still too much turnover that I think all companies are feeling, but I think we're able to get folks trained up and building product.<br><br>I think with what we're seeing around some of the global movement of | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "consumer demand and what's on the books is still incredibly strong and gives us strong optimism as a company and an industry"). *See* § |

A - 22

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | product and some of the quarantines that are happening in manufacturing-concentrated regions, I think it's wise to be cautionary right now as we look into the second half. While consumer demand and what's on the books is still incredibly strong and gives us strong optimism as a company and an industry, there's a lot of hikes that are being -- interest rate hikes that are being talked about right now." | I.A.2.<br><br>• Opinion. *See §* I.A.3.<br><br>• Not false or misleading. *See §* I.A.4. |
| 31. | 37 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 14<br><br>¶ 209<br><br>Speaker: E. Jones | Q: "So maybe Eifion, could you just give us a quick dedication again in sort of normal seasonality? I mean, there's nothing normal about the current environment, but in a normal year, 1Q would typically be your weakest quarter, correct, in terms of revenues and the margins?"<br><br>A: **E. Jones**: "Yes. Our normal seasonality has Q1 and Q3 at similar levels, 22% to 23% of the full year sales, and then Q2 and Q4 being more elevated. I would say, coming into the year.<br><br>I would say, coming into the year, Q1 this year was slightly higher than we would have experienced in the normal year. We do see some seasonality reappearing into '22, but certainly, Q1 was a higher quarter than we think normally from a seasonal perspective. And that's really consequential to the fact that we were still working through and still continue to work through a large backlog.<br><br>We want to make sure that the channel is appropriately stocked as we mentioned in the previous call. We have to get after some specific SKUs to build out the full complement of what the channel needed to satisfy customer orders. And we were very, very pleased with the ability at the production level across our manufacturing footprint to get after those products. Still more to do, as Kevin mentioned. But yes, normally, Q1 is a weaker period. It was a | • Not false or misleading. *See §* I.A.4. |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | little bit higher this year than normal." | |
| 32. | 38 | 4/28/2022<br><br>Ex. 19, Q1-2022 Earnings Call Tr. at 16<br><br>¶¶ 211-12<br><br>Speaker: E. Jones | Q: "And then sort of second question, just -- you commented on channel inventories, but like your own inventory has been growing faster than sales by quite a bit the last few quarters. I'm just curious, what's the inflation component of that? Like if we were to look at your inventory in terms of units, what's that growth rate compared to the 60% sales growth -- or dollar growth?"<br><br>A: **E. Jones**: "Yes. So when you think about the COGS index, Q1 in '22 versus the comparable period last year, it's about 20%. So 20% of our inventory climb has really come from that COGS [cost of goods sold] index increase, the inflation that's run through.<br><br>But outside of the inflation, we have taken 2 strategic positions in the balance sheet. One is on certain finished goods that -- where we can get the raw materials. Knowing the demand curve that we see out in the future, we are manufacturing certain products in terms of finished goods to get in into inventory to be a -- an important position to be able to service the market. And then I'd say the second strategic position we've taken is in raw materials. And again, where we can secure a position in raw materials, particularly in those hard to get areas, we have taken that position." | • Not false or misleading. *See* § I.A.4. |
| 33. | 42 | 4/28/2022<br><br>Ex. 18, Q1-2022 Press Release at 1<br><br>¶ 220 | **FIRST QUARTER FISCAL 2022 CONSOLIDATED RESULTS**<br><br>"Net sales increased by 23% to $410.5 million for the first quarter of fiscal 2022 with de minimis contribution from acquisitions. Net sales continue to be driven by trends in aftermarket upgrades and consumer investments in outdoor living spaces. Net sales growth during the quarter was the result of higher volumes driven by production capabilities, adoption of new products and strategic pricing actions to offset the inflationary environment." | • Not false or misleading. *See* § I.A.4. |

A - 24

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| 34. | 43, 44 | 4/28/2022<br><br>Ex. 18, Q1-2022 Press Release at 3<br><br>¶¶ 222-23 | "Hayward remains well positioned to achieve net sales and adjusted EBITDA growth for the full year following the strong start in the first quarter of 2022. Consumer demand for pool equipment products continues to be driven by healthy activity in the aftermarket as well as new construction. Having entered this year in a significantly stronger manufacturing position, we are continuing to see increased market adoption of our products, specifically within the SmartPad conversion opportunities facilitated by our Omni platform and environmentally conscious technologies. While underlying market demand trends remain positive, we do continue to experience areas of supply chain and cost inflation challenges brought on by global market disruptions, we will continue to leverage our vertical integration and pricing power to help substantially offset these challenges.<br><br>For the full fiscal year 2022, Hayward is reaffirming its outlook for net sales growth of 9% to 12% year-over-year and Adjusted EBITDA in the range of $460 million to $475 million, or a growth range of 9% to 13% year-over-year.<br><br>Please see the Forward-Looking Statements section of this release for a discussion of certain risks relevant to Hayward's outlook." | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "well positioned to achieve net sales and adjusted EBITDA growth for the full year following the strong start in the first quarter of 2022"; "entered this year in a significantly stronger manufacturing position"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |

| No. | Pl No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| 35. | 41 | 4/28/2022<br><br>Ex. 20, Q1-2022 Earnings Call Presentation at 15<br><br>¶ 217 | | • Forward-looking. *See* § I.A.1.<br><br>• Corporate Optimism (*e.g.*, "strong carry over"; "healthy demand"). *See* § I.A.2.<br><br>• Not false or misleading. *See* § I.A.4. |
| 36. | 45 | 4/29/2022<br><br>Ex. 21, Q1-2022 Form 10-Q at 18-19<br><br>¶ 226 | <u>Net sales</u><br><br>"Net sales increased to $410.5 million for the three months ended April 2, 2022 from $334.4 million for the three months ended April 3, 2021, an increase of $76.1 million or 22.8%. See the segment discussion below for further information.<br><br>…<br><br>The increase in net sales was primarily the result of increases in price and volume, partially offset by the unfavorable impact of foreign currency translation. The increase due to price reflects the cumulative impact of a number of announced price increases during the last 12 months to mitigate the escalating inflationary cost pressures from a global supply chain crisis post- | • Not false or misleading. *See* § I.A.4. |

A - 26

| No. | PL No.[2] | Date & Source | Statement | Reason(s) Not Actionable[3] |
|---|---|---|---|---|
| | | | pandemic. Volume growth was mainly driven by new products offering Omni automation systems and increased energy efficiency." | |
| 37. | 51 | 6/9/2022<br><br>Ex. 25, Conference Call at 5<br><br>¶ 235<br><br>Speaker: K. Holleran | **K Holleran**: "On the next slide, I'll start with the takeaway on the right-hand side, 42% revenue growth LTM [last twelve months] through Q1 of this past year. And really, that's been driven by our ability to execute on some of the key drivers shown down in the left-hand panel of the slide. Let me touch on a few. From a commercial standpoint, we have created specialization in our sales and commercial team where we have hunters and we have folks who manage the channel partnerships." | • Not false or misleading. *See* § I.A.4. |
| 38. | 52 | 6/9/2022<br><br>Ex. 25, Conference Call at 9<br><br>¶ 237<br><br>Speaker: E. Jones | Q: "Great. Let me ask 3 questions to start that are topical. Talk about the health of the consumer, talk about inflation, if you still see rising prices or if you see things peaking and then talk about supply chain, how is product flowing?"<br><br>…<br><br>A: **E. Jones**: "Yes, I think the -- ***we haven't seen demand destruction at the end of the channel right now***. I still think there's pent-up demand for new construction. I still think there is some remodeling that's being put sideways. Note, we took that pool out of service or very few people did during COVID. So there's probably about 2 or 3 years' worth of demand to come through and remodel. And I think people want that. So when we think about maybe some of the discussion around interest rates or employment issues, I still think, fundamentally, people are placing a higher priority on their home and the outdoor living space. And I believe the consumer trend lines that we've seen over the last 2 years will continue into the next several years." | • Opinion. *See* § I.A.3.<br><br>• Not false or misleading. *See* § I.A.4. |