**APPENDIX B[1]**

**Hayward Defendants Securities Transactions**

**KEVIN HOLLERAN**

| Ex.[2] | Date | Securities Acquired / Disposed | Number of Securities Beneficially Owned Following Reported Transaction(s) | Pursuant to Rule 10b5-1 | For Exercise Price And/Or Tax Liability Purposes | Challenged in AC |
|---|---|---|---|---|---|---|
| 29 | 03/11/2021 | 1,898.98[3] | 0 | | | |
| | 03/11/2021 | 451,135 | 451,135 | | | |
| | 03/12/2021 | 8,000 | 459,135 | | | |
| | 08/13/2021 | 200,000 | 659,135 | | | |
| | 08/13/2021 | 96,571 | 562,564[4] | | Y | |
| | 08/20/2021 | 83,851 | 478,713 | | Y | |
| | 10/18/2021 | 24,528 | 454,185 | Y | | |
| | 11/04/2021 | 12,772 | 441,413 | Y | | Y |
| | 12/20/2021 | 19,709 | 421,704 | Y | | Y |
| | 12/21/2021 | 17,791 | 403,913 | Y | | Y |

[1] The charts herein include all transactions from when Hayward first went public in March 2021 through the alleged Class Period.  Gray cell shading denotes transactions that occurred during the alleged Class Period (October 27, 2021 to July 28, 2022).

[2] All exhibits to the charts are attached to the Declaration of Kevin M. McDonough.

[3] Holleran's Form 4 discloses that this sale was made in connection with Hayward's initial public offering.

[4] Holleran's Form 4 discloses that he also owned 3.7 million shares in stock options as of this date.

**EIFION JONES**

| Ex. | Date | Securities Acquired / Disposed | Number of Securities Beneficially Owned Following Reported Transaction(s) | Pursuant to Rule 10b5-1 | For Exercise Price And/Or Tax Liability Purposes | Challenged in AC |
|---|---|---|---|---|---|---|
| 30 | 03/12/2021 | 6,500 | 6,500 | | | |
| | 08/10/2021 | 292,500 | 299,000 | | | |
| | 08/10/2021 | 14,625 | 313,625 | | | |
| | 08/10/2021 | 145,398 | 168,227 | | Y | |
| | 09/13/2021 | 58,000 | 110,227 | Y | | |
| | 10/22/2021 | 8,778 | 101,449 | Y | | |
| | 10/25/2021 | 16,222 | 85,227 | Y | | |
| | 11/16/2021 | 25,000 | 60,227 | Y | | Y |
| | 11/17/2021 | 8,410 | 51,817 | Y | | Y |
| | 11/18/2021 | 13,483 | 38,334 | Y | | Y |
| | 11/19/2021 | 2,551 | 35,783 | Y | | Y |
| | 06/17/2022 | 280,000 | 315,783 | | | |
| | 06/17/2022 | 140,501 | 175,582[5] | | Y | Y |

---

[5] Jones's Form 4 discloses that he also owned 1.26 million shares in stock options as of this date.

**Non-Defendants Securities Transactions**

**RICHARD ROETKEN**

| Ex. | Date | Securities Acquired / Disposed | Number of Securities Beneficially Owned Following Reported Transaction(s) | Pursuant to Rule 10b5-1 | For Exercise Price And/Or Tax Liability Purposes | Challenged in AC |
|---|---|---|---|---|---|---|
| 31 | 3/11/2021 | 200[6] | 0 | | | |
| | 3/11/2021 | 47,513 | 47,513 | | | |
| | 03/12/2021 | 1,500 | 49,013 | | | |
| | 08/11/2021 | 263,250 | 312,263 | | | |
| | 08/11/2021 | 103,861[7] | 208,402 | | | |
| | 09/21/2021 | 12,000 | 196,402 | Y | | |
| | 10/01/2021 | 2,014 | 194,388 | Y | | |
| | 10/05/2021 | 5,800 | 188,588 | Y | | |
| | 10/26/2021 | 318 | 188,906 | | | |
| | 10/26/2021 | 318 | 188,588 | Y | | |
| | 11/01/2021 | 12,000 | 176,588 | Y | | Y |
| | 11/09/2021 | 133,400 | 309,988 | | | |
| | 11/09/2021 | 133,400 | 176,588 | Y | | Y |
| | 11/10/2021 | 64,282 | 240,870 | | | |
| | 11/10/2021 | 64,282 | 176,588 | Y | | Y |
| | 12/01/2021 | 11,513 | 165,075 | Y | | Y |
| | 12/06/2021 | 300 | 165,375 | | | |
| | 12/06/2021 | 300 | 165,075 | Y | | Y |

[6] Roetken's Form 4 discloses that this sale was made pursuant to a reclassification exempt under Rule 16b-7.

[7] Roetken's Form 4 discloses that these shares "were withheld" by Hayward "in connection with the net exercise of options" and that "[n]o shares were sold" by Roetken.

| Ex. | Date | Securities Acquired / Disposed | Number of Securities Beneficially Owned Following Reported Transaction(s) | Pursuant to Rule 10b5-1 | For Exercise Price And/Or Tax Liability Purposes | Challenged in AC |
|---|---|---|---|---|---|---|
| | 12/07/2021 | 65,700 | 230,775 | | | |
| | 12/07/2021 | 65,700 | 165,075 | Y | | Y |
| | 01/03/2022 | 66,000 | 231,075 | | | |
| | 01/03/2022 | 64,488 | 166,587 | Y | | Y |
| | 01/03/2022 | 1,512 | 165,075[8] | Y | | Y |

---

[8] Roetken's Form 4 discloses that he also owned 576,750 shares in stock options as of this date.

## FERNANDO BLASCO

| Ex. | Date | Securities Acquired / Disposed | Number of Securities Beneficially Owned Following Reported Transaction(s) | Pursuant to Rule 10b5-1 | For Exercise Price And/Or Tax Liability Purposes | Challenged in AC |
|---|---|---|---|---|---|---|
| 32 | 05/13/2022 | 78,000 | 88,928[9] | | | |
| | 05/13/2022 | 78,000 | 10,928 | Y | | Y |
| | 05/16/2022 | 1,477 | 12,405 | | | |
| | 05/16/2022 | 1,477 | 10,928 | Y | | Y |
| | 05/17/2022 | 76,523 | 87,451 | | | |
| | 05/17/2022 | 76,523 | 10,928 | Y | | Y |
| | 05/23/2022 | 5 | 10,933 | | | |
| | 05/23/2022 | 5 | 10,928 | Y | | Y |
| | 05/25/2022 | 45,050 | 55,978 | | | |
| | 05/25/2022 | 45,050 | 10,928 | Y | | Y |
| | 05/26/2022 | 32,945 | 43,873 | | | |
| | 05/26/2022 | 32,945 | 10,928[10] | Y | | Y |

---

[9] The 78,000 share acquisition increased Blasco's prior holdings from a starting point of 10,928 shares, as reflected in the chart of Blasco's trades and the first Form 4 filing in Exhibit 32.

[10] Blasco's Form 4 discloses that he also owned 58,500 shares in stock options as of this date.