**APPENDIX C**



C - 1

| Share Price History: HAYW | | | |
|---|---|---|---|
| Date | Open | Close | % Change |
| 7/28/2022 | 12.4 | 11.21 | -18.23% |
| 7/27/2022 | 13.22 | 13.71 | 4.18% |
| 7/26/2022 | 13.31 | 13.16 | -1.50% |
| 7/25/2022 | 13.58 | 13.36 | -1.33% |
| 7/22/2022 | 13.76 | 13.54 | -1.38% |
| 7/21/2022 | 14.96 | 13.73 | -8.22% |
| 7/20/2022 | 14.81 | 14.96 | 1.42% |
| 7/19/2022 | 14.36 | 14.75 | 4.46% |
| 7/18/2022 | 14.09 | 14.12 | 1.22% |
| 7/15/2022 | 14.06 | 13.95 | 1.23% |
| 7/14/2022 | 13.39 | 13.78 | -0.86% |
| 7/13/2022 | 13.72 | 13.9 | -0.36% |
| 7/12/2022 | 13.98 | 13.95 | -0.43% |
| 7/11/2022 | 14.18 | 14.01 | -1.68% |
| 7/8/2022 | 14.51 | 14.25 | -2.20% |
| 7/7/2022 | 14.2 | 14.57 | 3.85% |
| 7/6/2022 | 14.19 | 14.03 | -1.34% |
| 7/5/2022 | 14.25 | 14.22 | -1.93% |
| 7/1/2022 | 14.36 | 14.5 | 0.76% |
| 6/30/2022 | 14.56 | 14.39 | -2.64% |
| 6/29/2022 | 15.13 | 14.78 | -2.95% |
| 6/28/2022 | 15.36 | 15.23 | -0.59% |
| 6/27/2022 | 15.53 | 15.32 | -0.78% |
| 6/24/2022 | 15 | 15.44 | 4.04% |
| 6/23/2022 | 14.1 | 14.84 | 4.65% |
| 6/22/2022 | 13.78 | 14.18 | 0.93% |
| 6/21/2022 | 13.87 | 14.05 | 1.81% |
| 6/17/2022 | 13.62 | 13.8 | 1.10% |
| 6/16/2022 | 14.28 | 13.65 | -7.46% |
| 6/15/2022 | 14.96 | 14.75 | -1.14% |
| 6/14/2022 | 15.16 | 14.92 | -0.13% |
| 6/13/2022 | 15.06 | 14.94 | -3.92% |
| 6/10/2022 | 15.62 | 15.55 | -2.69% |
| 6/9/2022 | 16.06 | 15.98 | -0.31% |
| 6/8/2022 | 16.23 | 16.03 | -1.84% |
| 6/7/2022 | 16.1 | 16.33 | 0.62% |

C - 2

| | | | |
|---|---|---|---|
| 6/6/2022 | 16.35 | 16.23 | 1.06% |
| 6/3/2022 | 15.81 | 16.06 | -0.12% |
| 6/2/2022 | 15.75 | 16.08 | 3.21% |
| 6/1/2022 | 15.45 | 15.58 | 1.83% |
| 5/31/2022 | 15.34 | 15.3 | -1.67% |
| 5/27/2022 | 15.37 | 15.56 | 2.23% |
| 5/26/2022 | 14.58 | 15.22 | 4.97% |
| 5/25/2022 | 14.18 | 14.5 | 2.69% |
| 5/24/2022 | 14.47 | 14.12 | -2.49% |
| 5/23/2022 | 14.48 | 14.48 | 1.19% |
| 5/20/2022 | 14.49 | 14.31 | 0.49% |
| 5/19/2022 | 14.21 | 14.24 | -1.18% |
| 5/18/2022 | 14.55 | 14.41 | -3.16% |
| 5/17/2022 | 14.7 | 14.88 | 4.20% |
| 5/16/2022 | 14.47 | 14.28 | -3.19% |
| 5/13/2022 | 14.08 | 14.75 | 6.34% |
| 5/12/2022 | 13.3 | 13.87 | 4.05% |
| 5/11/2022 | 13.7 | 13.33 | -2.91% |
| 5/10/2022 | 14.17 | 13.73 | -1.01% |
| 5/9/2022 | 14 | 13.87 | -2.94% |
| 5/6/2022 | 14.5 | 14.29 | -2.66% |
| 5/5/2022 | 15 | 14.68 | -4.18% |
| 5/4/2022 | 14.99 | 15.32 | 2.75% |
| 5/3/2022 | 15.09 | 14.91 | -11.67% |
| 5/2/2022 | 15.99 | 16.88 | 6.16% |
| 4/29/2022 | 16.41 | 15.9 | -4.27% |
| 4/28/2022 | 15.88 | 16.61 | 7.16% |
| 4/27/2022 | 16.08 | 15.5 | -4.20% |
| 4/26/2022 | 16.44 | 16.18 | -2.53% |
| 4/25/2022 | 15.99 | 16.6 | 2.66% |
| 4/22/2022 | 16.18 | 16.17 | -0.86% |
| 4/21/2022 | 16.95 | 16.31 | -2.28% |
| 4/20/2022 | 16.83 | 16.69 | -0.12% |
| 4/19/2022 | 16.33 | 16.71 | 2.64% |
| 4/18/2022 | 16.65 | 16.28 | -3.33% |
| 4/14/2022 | 17.2 | 16.84 | -2.72% |
| 4/13/2022 | 16.7 | 17.31 | 3.10% |
| 4/12/2022 | 16.98 | 16.79 | 0.84% |
| 4/11/2022 | 16.43 | 16.65 | -0.12% |
| 4/8/2022 | 16.49 | 16.67 | 1.09% |

C - 3

| | | | |
|---|---|---|---|
| **4/7/2022** | 16.38 | 16.49 | 0.49% |
| **4/6/2022** | 16.7 | 16.41 | -3.53% |
| **4/5/2022** | 17.37 | 17.01 | -1.56% |
| **4/4/2022** | 16.92 | 17.28 | 2.61% |
| **4/1/2022** | 16.69 | 16.84 | 1.32% |
| **3/31/2022** | 17.28 | 16.62 | -4.54% |
| **3/30/2022** | 17.19 | 17.41 | 0.12% |
| **3/29/2022** | 17.05 | 17.39 | 4.19% |
| **3/28/2022** | 16.28 | 16.69 | 2.33% |
| **3/25/2022** | 16.78 | 16.31 | -2.16% |
| **3/24/2022** | 17.37 | 16.67 | -3.75% |
| **3/23/2022** | 17.79 | 17.32 | -3.24% |
| **3/22/2022** | 17.73 | 17.9 | 1.76% |
| **3/21/2022** | 17.68 | 17.59 | 0.17% |
| **3/18/2022** | 17.59 | 17.56 | -0.17% |
| **3/17/2022** | 16.99 | 17.59 | 2.69% |
| **3/16/2022** | 16.58 | 17.13 | 4.77% |
| **3/15/2022** | 16.05 | 16.35 | 2.12% |
| **3/14/2022** | 16.86 | 16.01 | -4.70% |
| **3/11/2022** | 17.57 | 16.8 | -3.17% |
| **3/10/2022** | 17.26 | 17.35 | -1.53% |
| **3/9/2022** | 17.18 | 17.62 | 5.13% |
| **3/8/2022** | 16.23 | 16.76 | 3.14% |
| **3/7/2022** | 16.6 | 16.25 | -2.40% |
| **3/4/2022** | 16.91 | 16.65 | -2.63% |
| **3/3/2022** | 17.62 | 17.1 | -3.50% |
| **3/2/2022** | 18.13 | 17.72 | 0.68% |
| **3/1/2022** | 17.88 | 17.6 | -1.62% |
| **2/28/2022** | 17.54 | 17.89 | 0.62% |
| **2/25/2022** | 17.36 | 17.78 | 2.18% |
| **2/24/2022** | 16.14 | 17.4 | 4.07% |
| **2/23/2022** | 17.51 | 16.72 | -3.74% |
| **2/22/2022** | 17.4 | 17.37 | -1.36% |
| **2/18/2022** | 17.48 | 17.61 | -0.79% |
| **2/17/2022** | 19.04 | 17.75 | -4.83% |
| **2/16/2022** | 18.71 | 18.65 | -1.53% |
| **2/15/2022** | 18.28 | 18.94 | 5.28% |
| **2/14/2022** | 17.68 | 17.99 | 1.24% |
| **2/11/2022** | 18.8 | 17.77 | -5.43% |
| **2/10/2022** | 18.87 | 18.79 | -2.14% |

C - 4

| | | | |
|---|---|---|---|
| **2/9/2022** | 19.24 | 19.2 | 1.05% |
| **2/8/2022** | 18.68 | 19 | 0.85% |
| **2/7/2022** | 19.3 | 18.84 | -2.43% |
| **2/4/2022** | 18.86 | 19.31 | 1.69% |
| **2/3/2022** | 19.07 | 18.99 | -3.46% |
| **2/2/2022** | 20.13 | 19.67 | -1.40% |
| **2/1/2022** | 19.8 | 19.95 | 1.32% |
| **1/31/2022** | 18.7 | 19.69 | 5.69% |
| **1/28/2022** | 17.71 | 18.63 | 4.49% |
| **1/27/2022** | 17.61 | 17.83 | -1.60% |
| **1/26/2022** | 19.5 | 18.12 | -5.58% |
| **1/25/2022** | 19.41 | 19.19 | -3.13% |
| **1/24/2022** | 19.14 | 19.81 | -6.25% |
| **1/21/2022** | 21 | 21.13 | 0.81% |
| **1/20/2022** | 21.82 | 20.96 | -3.23% |
| **1/19/2022** | 22 | 21.66 | -0.73% |
| **1/18/2022** | 21.66 | 21.82 | -1.49% |
| **1/14/2022** | 22.68 | 22.15 | -3.70% |
| **1/13/2022** | 23.64 | 23 | -1.63% |
| **1/12/2022** | 23.13 | 23.38 | 1.70% |
| **1/11/2022** | 22.54 | 22.99 | 1.91% |
| **1/10/2022** | 21.79 | 22.56 | 1.81% |
| **1/7/2022** | 22.73 | 22.16 | -3.61% |
| **1/6/2022** | 22.92 | 22.99 | -0.52% |
| **1/5/2022** | 24.38 | 23.11 | -5.87% |
| **1/4/2022** | 25.2 | 24.55 | -2.27% |
| **1/3/2022** | 26.22 | 25.12 | -4.23% |
| **12/31/2021** | 25.47 | 26.23 | 3.47% |
| **12/30/2021** | 25.15 | 25.35 | 1.60% |
| **12/29/2021** | 24.93 | 24.95 | 0.16% |
| **12/28/2021** | 25.06 | 24.91 | -0.72% |
| **12/27/2021** | 24.4 | 25.09 | 2.16% |
| **12/23/2021** | 24.3 | 24.56 | 1.40% |
| **12/22/2021** | 24.165 | 24.22 | -0.16% |
| **12/21/2021** | 23.21 | 24.26 | 7.68% |
| **12/20/2021** | 22.98 | 22.53 | -7.17% |
| **12/17/2021** | 24.38 | 24.27 | -1.66% |
| **12/16/2021** | 25.19 | 24.68 | -1.79% |
| **12/15/2021** | 24.49 | 25.13 | 2.03% |
| **12/14/2021** | 24.84 | 24.63 | -2.03% |

C - 5

| | | | |
|---|---|---|---|
| 12/13/2021 | 25.07 | 25.14 | -0.91% |
| 12/10/2021 | 25.07 | 25.37 | 1.56% |
| 12/9/2021 | 25.58 | 24.98 | -2.54% |
| 12/8/2021 | 25.42 | 25.63 | 1.18% |
| 12/7/2021 | 24.59 | 25.33 | 4.50% |
| 12/6/2021 | 24.82 | 24.24 | -0.98% |
| 12/3/2021 | 24.51 | 24.48 | -0.16% |
| 12/2/2021 | 24.13 | 24.52 | 2.29% |
| 12/1/2021 | 24.34 | 23.97 | -2.08% |
| 11/30/2021 | 24.56 | 24.48 | -1.13% |
| 11/29/2021 | 25.195 | 24.76 | -1.35% |
| 11/26/2021 | 25.19 | 25.1 | -2.33% |
| 11/24/2021 | 24.76 | 25.7 | 2.84% |
| 11/23/2021 | 25.85 | 24.99 | -3.85% |
| 11/22/2021 | 27.25 | 25.99 | -4.59% |
| 11/19/2021 | 27.3 | 27.24 | 0.07% |
| 11/18/2021 | 27.6 | 27.22 | -1.05% |
| 11/17/2021 | 27.27 | 27.51 | -0.15% |
| 11/16/2021 | 25.94 | 27.55 | 6.62% |
| 11/15/2021 | 25.58 | 25.84 | 1.37% |
| 11/12/2021 | 24.95 | 25.49 | 2.91% |
| 11/11/2021 | 25.2 | 24.77 | -1.94% |
| 11/10/2021 | 24.91 | 25.26 | 1.08% |
| 11/9/2021 | 24.89 | 24.99 | 0.44% |
| 11/8/2021 | 24.47 | 24.88 | 1.97% |
| 11/5/2021 | 24.35 | 24.4 | 0.29% |
| 11/4/2021 | 23.59 | 24.33 | 3.93% |
| 11/3/2021 | 24.1 | 23.41 | -3.26% |
| 11/2/2021 | 23.31 | 24.2 | 4.13% |
| 11/1/2021 | 23.27 | 23.24 | 0.22% |
| 10/29/2021 | 23.18 | 23.19 | -0.17% |
| 10/28/2021 | 22.89 | 23.23 | 2.20% |
| 10/27/2021 | 24.08 | 22.73 | -7.22% |
| 10/26/2021 | 24.98 | 24.5 | -1.33% |
| 10/25/2021 | 23.94 | 24.83 | 3.63% |
| 10/22/2021 | 23 | 23.96 | 4.17% |
| 10/21/2021 | 22.77 | 23 | 0.97% |
| 10/20/2021 | 22.37 | 22.78 | 1.20% |
| 10/19/2021 | 22.9 | 22.51 | -2.00% |
| 10/18/2021 | 22.89 | 22.97 | 0.39% |

C - 6

| | | | |
|---|---|---|---|
| 10/15/2021 | 22.74 | 22.88 | 1.51% |
| 10/14/2021 | 21.95 | 22.54 | 4.06% |
| 10/13/2021 | 21.54 | 21.66 | 0.05% |
| 10/12/2021 | 22.29 | 21.65 | -2.21% |
| 10/11/2021 | 22 | 22.14 | 0.00% |
| 10/8/2021 | 22.26 | 22.14 | -0.27% |
| 10/7/2021 | 21.82 | 22.2 | 2.30% |
| 10/6/2021 | 22.15 | 21.7 | -2.16% |
| 10/5/2021 | 21.44 | 22.18 | 3.36% |
| 10/4/2021 | 21.76 | 21.46 | -0.88% |
| 10/1/2021 | 22.23 | 21.65 | -2.65% |
| 9/30/2021 | 23.33 | 22.24 | -3.97% |
| 9/29/2021 | 22.44 | 23.16 | 3.86% |
| 9/28/2021 | 22.89 | 22.3 | -2.83% |
| 9/27/2021 | 22.62 | 22.95 | 1.37% |
| 9/24/2021 | 22.71 | 22.64 | -0.75% |
| 9/23/2021 | 22.83 | 22.81 | 0.93% |
| 9/22/2021 | 22.45 | 22.6 | 0.94% |
| 9/21/2021 | 21.83 | 22.39 | 2.47% |
| 9/20/2021 | 20.82 | 21.85 | 2.15% |
| 9/17/2021 | 21.51 | 21.39 | -0.79% |
| 9/16/2021 | 20.45 | 21.56 | 7.80% |
| 9/15/2021 | 19.72 | 20 | 1.42% |
| 9/14/2021 | 20.48 | 19.72 | -3.05% |
| 9/13/2021 | 20.96 | 20.34 | -2.63% |
| 9/10/2021 | 21.71 | 20.89 | -3.24% |
| 9/9/2021 | 21.04 | 21.59 | 2.32% |
| 9/8/2021 | 21.95 | 21.1 | -3.43% |
| 9/7/2021 | 21.59 | 21.85 | 1.44% |
| 9/3/2021 | 21.11 | 21.54 | 1.46% |
| 9/2/2021 | 21.17 | 21.23 | 0.24% |
| 9/1/2021 | 21 | 21.18 | 1.10% |
| 8/31/2021 | 21.46 | 20.95 | -2.60% |
| 8/30/2021 | 21.41 | 21.51 | 0.56% |
| 8/27/2021 | 21.14 | 21.39 | 0.99% |
| 8/26/2021 | 21.4 | 21.18 | -1.35% |
| 8/25/2021 | 21.53 | 21.47 | -0.51% |
| 8/24/2021 | 20.68 | 21.58 | 4.25% |
| 8/23/2021 | 20.5 | 20.7 | 1.52% |
| 8/20/2021 | 20.37 | 20.39 | -0.10% |

C - 7

| | | | |
|---|---|---|---|
| 8/19/2021 | 20.9 | 20.41 | -3.04% |
| 8/18/2021 | 20.91 | 21.05 | -0.05% |
| 8/17/2021 | 21.87 | 21.06 | -4.75% |
| 8/16/2021 | 22.35 | 22.11 | -1.91% |
| 8/13/2021 | 21.97 | 22.54 | 2.69% |
| 8/12/2021 | 21.56 | 21.95 | 1.76% |
| 8/11/2021 | 21.9 | 21.57 | -1.87% |
| 8/10/2021 | 21.99 | 21.98 | -0.27% |
| 8/9/2021 | 22.66 | 22.04 | -3.29% |
| 8/6/2021 | 23 | 22.79 | 0.40% |
| 8/5/2021 | 23.25 | 22.7 | -2.53% |
| 8/4/2021 | 23.6 | 23.29 | -2.84% |
| 8/3/2021 | 22.74 | 23.97 | 5.83% |
| 8/2/2021 | 24.3 | 22.65 | -5.98% |
| 7/30/2021 | 24.3 | 24.09 | -0.70% |
| 7/29/2021 | 23.83 | 24.26 | 2.10% |
| 7/28/2021 | 24.25 | 23.76 | -2.38% |
| 7/27/2021 | 23.98 | 24.34 | 1.76% |
| 7/26/2021 | 24.27 | 23.92 | -1.12% |
| 7/23/2021 | 23.96 | 24.19 | 1.30% |
| 7/22/2021 | 23.91 | 23.88 | -0.38% |
| 7/21/2021 | 24.02 | 23.97 | 1.48% |
| 7/20/2021 | 23.1 | 23.62 | 2.65% |
| 7/19/2021 | 22.16 | 23.01 | 1.81% |
| 7/16/2021 | 23.01 | 22.6 | -0.40% |
| 7/15/2021 | 22.76 | 22.69 | -0.74% |
| 7/14/2021 | 23.39 | 22.86 | -2.76% |
| 7/13/2021 | 24.01 | 23.51 | -2.85% |
| 7/12/2021 | 24.17 | 24.2 | -0.41% |
| 7/9/2021 | 24.31 | 24.3 | 0.70% |
| 7/8/2021 | 24.1 | 24.13 | -1.47% |
| 7/7/2021 | 24.7 | 24.49 | -1.73% |
| 7/6/2021 | 25.72 | 24.92 | -2.66% |
| 7/2/2021 | 26.48 | 25.6 | -3.07% |
| 7/1/2021 | 26.1 | 26.41 | 1.50% |
| 6/30/2021 | 25.32 | 26.02 | 1.80% |
| 6/29/2021 | 24.92 | 25.56 | 4.33% |
| 6/28/2021 | 24.77 | 24.5 | -0.93% |
| 6/25/2021 | 25.07 | 24.73 | -1.16% |
| 6/24/2021 | 24.67 | 25.02 | 1.46% |

C - 8

| | | | |
|---|---|---|---|
| 6/23/2021 | 24.48 | 24.66 | 0.69% |
| 6/22/2021 | 24.82 | 24.49 | -0.81% |
| 6/21/2021 | 23.8 | 24.69 | 4.27% |
| 6/18/2021 | 24.25 | 23.68 | -2.35% |
| 6/17/2021 | 24.27 | 24.25 | 0.17% |
| 6/16/2021 | 23.39 | 24.21 | 3.37% |
| 6/15/2021 | 23.82 | 23.42 | -1.76% |
| 6/14/2021 | 23.16 | 23.84 | 2.98% |
| 6/11/2021 | 23.85 | 23.15 | -2.20% |
| 6/10/2021 | 24.04 | 23.67 | -1.78% |
| 6/9/2021 | 24.5 | 24.1 | -1.27% |
| 6/8/2021 | 23.81 | 24.41 | 2.26% |
| 6/7/2021 | 24.7 | 23.87 | -2.29% |
| 6/4/2021 | 24.6 | 24.43 | -0.69% |
| 6/3/2021 | 25 | 24.6 | -1.99% |
| 6/2/2021 | 26.07 | 25.1 | -3.46% |
| 6/1/2021 | 25.88 | 26 | 2.08% |
| 5/28/2021 | 25.4 | 25.47 | 0.67% |
| 5/27/2021 | 25.25 | 25.3 | 0.80% |
| 5/26/2021 | 24.66 | 25.1 | 1.87% |
| 5/25/2021 | 24.94 | 24.64 | 0.16% |
| 5/24/2021 | 24.5 | 24.6 | 1.91% |
| 5/21/2021 | 24.62 | 24.14 | -0.94% |
| 5/20/2021 | 23.82 | 24.37 | 2.61% |
| 5/19/2021 | 23.64 | 23.75 | 0.04% |
| 5/18/2021 | 24.19 | 23.74 | -1.66% |
| 5/17/2021 | 24.21 | 24.14 | -1.63% |
| 5/14/2021 | 22.87 | 24.54 | 7.30% |
| 5/13/2021 | 22.82 | 22.87 | 0.22% |
| 5/12/2021 | 23.67 | 22.82 | -3.92% |
| 5/11/2021 | 22.78 | 23.75 | 0.55% |
| 5/10/2021 | 23.38 | 23.62 | 0.81% |
| 5/7/2021 | 23.76 | 23.43 | -1.26% |
| 5/6/2021 | 24.63 | 23.73 | -1.58% |
| 5/5/2021 | 22.85 | 24.11 | 24.34% |
| 5/4/2021 | 19.98 | 19.39 | -2.95% |
| 5/3/2021 | 20.33 | 19.98 | 0.00% |
| 4/30/2021 | 20.05 | 19.98 | -0.35% |
| 4/29/2021 | 19.33 | 20.05 | 4.43% |
| 4/28/2021 | 19.3 | 19.2 | 0.21% |

C - 9

| | | | |
|---|---|---|---|
| **4/27/2021** | 18.05 | 19.16 | 5.86% |
| **4/26/2021** | 17.67 | 18.1 | 3.55% |
| **4/23/2021** | 17.46 | 17.48 | 2.34% |
| **4/22/2021** | 16.99 | 17.08 | 2.64% |
| **4/21/2021** | 16.2 | 16.64 | 2.53% |
| **4/20/2021** | 16.32 | 16.23 | -1.04% |
| **4/19/2021** | 16.26 | 16.4 | 0.18% |
| **4/16/2021** | 16.22 | 16.37 | 0.18% |
| **4/15/2021** | 16.17 | 16.34 | 0.93% |
| **4/14/2021** | 16.16 | 16.19 | 0.06% |
| **4/13/2021** | 16.36 | 16.18 | -1.10% |
| **4/12/2021** | 16.75 | 16.36 | -3.14% |
| **4/9/2021** | 17 | 16.89 | -0.71% |
| **4/8/2021** | 16.61 | 17.01 | 1.61% |
| **4/7/2021** | 17.05 | 16.74 | -1.47% |
| **4/6/2021** | 17 | 16.99 | -0.29% |
| **4/5/2021** | 17.01 | 17.04 | 0.53% |
| **4/1/2021** | 16.75 | 16.95 | 0.41% |
| **3/31/2021** | 16.5 | 16.88 | 2.37% |
| **3/30/2021** | 16.05 | 16.49 | 3.06% |
| **3/29/2021** | 15.7 | 16 | -0.12% |
| **3/26/2021** | 15.88 | 16.02 | 0.12% |
| **3/25/2021** | 16.64 | 16 | -4.36% |
| **3/24/2021** | 17.11 | 16.73 | -1.59% |
| **3/23/2021** | 16.8 | 17 | 0.71% |
| **3/22/2021** | 17.02 | 16.88 | -0.71% |
| **3/19/2021** | 17.05 | 17 | -0.53% |
| **3/18/2021** | 16.8 | 17.09 | 2.09% |
| **3/17/2021** | 16.99 | 16.74 | -0.95% |
| **3/16/2021** | 17.2 | 16.9 | -1.00% |
| **3/15/2021** | 17.16 | 17.07 | 0.41% |
| **3/12/2021** | 17 | 17 | |
| **3/11/2021** | 17 | 17 | |

C - 10