**LATHAM & WATKINS LLP**
Kevin M. McDonough (N.J. Bar No. 41892005)
Andrew B. Clubok (*pro hac vice*)
Corey A. Calabrese (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
Email: andrew.clubok@lw.com
Email: corey.calabrese@lw.com

*Counsel for Defendants Hayward Holdings, Inc.,*
*Kevin Holleran, and Eifion Jones*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>      v.<br><br>HAYWARD HOLDINGS, INC., *et al.*,<br><br>             Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>Document Electronically Filed<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**MOTION DAY:** March 17, 2025 |

## DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF THE HAYWARD DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Kevin M. McDonough, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a partner at the law firm Latham & Watkins LLP, counsel for

Defendants Hayward Holdings, Inc. ("Hayward"), Kevin Holleran, and Eifion Jones (together, the "Hayward Defendants") in the above-captioned matter. I am a member in good standing of the bar of the State of New Jersey and this Court. I respectfully submit this Declaration in support of the Hayward Defendants' Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint ("SAC"). I am fully familiar with all matters set forth in this Declaration and could testify competently thereto if necessary.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff's SAC, filed on November 1, 2024 (ECF No. 91).

3. Attached as Exhibit 2 are true and correct excerpts of Hayward's Initial Public Offering Prospectus on Form 424B4, filed with the U.S. Securities and Exchange Commission ("SEC"), and dated March 11, 2021.

4. Attached as Exhibit 3 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces First Quarter Fiscal Year 2021 Financial Results," published on May 5, 2021.

5. Attached as Exhibit 4 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces Second Quarter Fiscal Year 2021 Financial Results," published on August 2, 2021.

6. Attached as Exhibit 5 is a true and correct copy of the transcript of Pool Corporation's Earnings Call for the Third Quarter of 2021, held on October 21, 2021.

2

7.      Attached as Exhibit 6 is a true and correct copy of Hayward's Form 10-Q for its fiscal third quarter of 2021, filed with the SEC on October 27, 2021.

8.      Attached as Exhibit 7 is a true and correct copy of the transcript of Hayward's Earnings Call for the Third Quarter of 2021, held on October 27, 2021.

9.      Attached as Exhibit 8 is a true and correct copy of Hayward's presentation during its Earnings Call for the Third Quarter of 2021, held on October 27, 2021.

10.     Attached as Exhibit 9 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces Third Quarter Fiscal Year 2021 Financial Results," published on October 27, 2021.

11.     Attached as Exhibit 10 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces Authorization of a $450 Million Stock Repurchase Program as Component of a Broader Capital Allocation Strategy," published on December 20, 2021.

12.     Attached as Exhibit 11 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces Select Fiscal Fourth Quarter and Full Year 2021 Preliminary Financial Results and 4.08 Million Share Repurchase as Part of Previously Announced Repurchase Program," published on January 24, 2022.

13.     Attached as Exhibit 12 is a true and correct copy of the transcript of Pool Corporation's Earnings Call for the Fourth Quarter of 2021, held on February

17, 2022.

14.     Attached as Exhibit 13 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces Fourth Quarter and Record Full Year 2021 Financial Results," published on March 2, 2022.

15.     Attached as Exhibit 14 is a true and correct copy of the transcript of Hayward's Earnings Call for the Fourth Quarter of 2021, held on March 2, 2022.

16.     Attached as Exhibit 15 is a true and correct copy of Hayward's presentation during its Earnings Call for the Fourth Quarter of 2021, held on March 2, 2022.

17.     Attached as Exhibit 16 are true and correct excerpts of Hayward's Form 10-K for fiscal year 2021, filed with the SEC on March 9, 2022.

18.     Attached as Exhibit 17 is a true and correct copy of a Hayward press release titled "Hayward Announces Planned Retirement of Don Smith, Senior Vice President, Chief Supply Chain Officer," published on March 31, 2022.

19.     Attached as Exhibit 18 is a true and correct copy of a Hayward press release titled "Hayward Holdings Announces First Quarter Fiscal Year 2022 Financial Results," published on April 28, 2022.

20.     Attached as Exhibit 19 is a true and correct copy of the transcript of Hayward's Earnings Call for the First Quarter of 2022, held on April 28, 2022.

21.     Attached as Exhibit 20 is a true and correct copy of Hayward's

presentation during Hayward's Earnings Call for the First Quarter of 2022, held on April 28, 2022.

22.    Attached as Exhibit 21 is a true and correct copy of Hayward's Form 10-Q for its fiscal first quarter of 2022, filed with the SEC on April 29, 2022.

23.    Attached as Exhibit 22 is a true and correct copy of Hayward's Automatic Shelf Registration on Form S-3, filed with the SEC on May 2, 2022.

24.    Attached as Exhibit 23 is a true and correct copy of Hayward's Prospectus Supplement on Form 424B, filed with the SEC on May 2, 2022 and updated on May 4, 2022.

25.    Attached as Exhibit 24 is a true and correct copy of a Hayward press release titled "Hayward Appoints New Senior Vice President, Chief Supply Chain Officer," published on May 16, 2022.

26.    Attached as Exhibit 25 is a true and correct copy of the transcript of Hayward's conference call, as part of William Blair's 42nd Annual Growth Stock Conference, held on June 9, 2022.

27.    Attached as Exhibit 26 is a true and correct copy of the transcript of Pentair plc's Earnings Call for the Second Quarter of 2022, held on July 26, 2022.

28.    Attached as Exhibit 27 is a true and correct copy of the transcript of Hayward's Earnings Call for the Second Quarter of 2022, held on July 28, 2022.

29.    Attached as Exhibit 28 is a true and correct copy of the transcript of

Fluidra, S.A.'s Earnings Call for the Third Quarter of 2022, held on October 19, 2022.

30.     Attached as Exhibit 29 is a compendium of true and correct copies of all Statements of Changes in Beneficial Ownership on Form 4 filed by Kevin Holleran with the SEC between March 16, 2021 through the end of the alleged class period on July 28, 2022.

31.     Attached as Exhibit 30 is a compendium of true and correct copies of all Statements of Changes in Beneficial Ownership on Form 4 filed by Eifion Jones with the SEC between March 16, 2021 through the end of the alleged class period on July 28, 2022.

32.     Attached as Exhibit 31 is a compendium of true and correct copies of all Statements of Changes in Beneficial Ownership on Form 4 filed by Richard Roetken with the SEC between March 16, 2021 through the end of the alleged class period on July 28, 2022.

33.     Attached as Exhibit 32 is a compendium of true and correct copies of all Statements of Changes in Beneficial Ownership on Form 4 filed by Fernando Blasco with the SEC between March 16, 2021 through the end of the alleged class period on July 28, 2022.

34.     Attached as Exhibit 33 is a true and correct copy of Romeo & Dye's Section 16 Handbook, Model Form 123.

6

Executed this 18th day of December, 2024 in Chatham Township, New Jersey.


/s/ Kevin M. McDonough
Kevin M. McDonough