# EXHIBIT 24



Search Investor Relations

⚲ My Account ⌄    🛒

**OVERVIEW**    **EVENTS & PRESENTATIONS**    **INVESTOR NEWS**    **STOCK INFO** ⌄    **FINANCIALS** ⌄    **SUSTAINABILITY** ⌄    **GOVERNANCE** ⌄    **RES**



NEWS  DETAILS

View All News  →

# Hayward Appoints New Senior Vice President, Chief Supply Chain Officer

05/16/2022

*John Collins brings more than 20 years of experience leading global operations and supply chains, business strategy and financial performance*

BERKELEY HEIGHTS, N.J.--(BUSINESS WIRE)-- Hayward Holdings, Inc. (NYSE: HAYW) ("Hayward" or the "Company"), a global designer, manufacturer, and marketer of a broad portfolio of pool equipment and technology, announced today the appointment of John Collins as Senior Vice President and Chief Supply Chain Officer, effective May 16, 2022, in conjunction with Don Smith's planned retirement from the Company.

Collins will oversee all integrated supply chain activities across the Company's global enterprise, including manufacturing, distribution, sourcing, materials management, quality, and environment, health and safety. In this role, Collins will continue to build on Hayward's long-term vision and strategy for a world-class end-to-end supply chain function and will focus on driving operational effectiveness and continuous improvement.

Collins will report to Hayward's CEO Kevin Holleran and be based out of the Company's new corporate headquarters in Charlotte, N.C. The location will give Collins easy access to Hayward's largest manufacturing facility in Clemmons, N.C. and new distribution center in Mocksville, N.C.

"John is joining Hayward at a pivotal moment. As we have grown, we have acquired new businesses, opened new facilities, and sourced creatively to successfully navigate the unique environment over the last few years," said Holleran. "John will play a crucial role in furthering the advantages of our agile and integrated network that Don Smith created, improving the overall service to our customers and the growth of our company."

"I am excited to join Hayward's leadership team and help drive the company's long-term growth strategy," said Collins. "I understand the importance of effective supply chain management to meet the demands of our customers. I look forward to leveraging my experiences and knowledge and building on the strong foundation in place today."

Collins brings more than 20 years of experience in supply chain management, having held multiple positions within Textron Inc., a multi-industry, global company providing products and services in the aerospace, defense and specialized vehicles sectors. Most recently, Collins served as Senior Vice President and General Manager for the E-Z-GO and Cushman businesses within Textron's Specialized Vehicles segment. He has also held roles as the Vice President of Textron's Specialized Vehicles integrated supply chain. Skip to main content



My Account ⌄

**OVERVIEW**          **EVENTS & PRESENTATIONS**          **INVESTOR NEWS**

Hayward Investor Relations
908.288.9706
investor.relations@hayward.com

**Media Relations:**
Tanya McNabb
tmcnabb@hayward.com

Source: Hayward Holdings, Inc.

View All News →

## Investor Email Alerts

| Enter your Email Address | → |

☐ News                       ☐ Events & Presentations
☐ Quarterly Reports          ☐ Annual Reports
☐ SEC Filings                ☐ End of Day Stock Quote

UNSUBSCRIBE

**Support & Resources**      **Company**                  **Inspiration**

Support Center               Investors Relations          Hayward Insights

Rebate Center                About Us                     My Dream Pool

Tools                        News

FAQs                         Totally Hayward Partners

Site Help                    Hayward Training Events

Contact Us

© 2024 Hayward Holdings, Inc. - All rights reserved          Terms & Conditions      Privacy Policy      Purchase Order Terms      Terms & Conditions of Sale

Skip to main content



My Account ∨    🛒

**OVERVIEW**    **EVENTS & PRESENTATIONS**    **INVESTOR NEWS**