# EXHIBIT 32

SEC Form 4

**FORM 4**

| | |
|---|---|
| | **OMB APPROVAL** |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BLASCO FERNANDO | Hayward Holdings, Inc. [ HAYW ] | Director ___ 10% Owner ___ |
| (Last) (First) (Middle) | | X Officer (give title below) ___ Other (specify below) ___ |
| C/O HAYWARD HOLDINGS, INC. 400 CONNELL DRIVE, SUITE 6100 | 3. Date of Earliest Transaction (Month/Day/Year) 05/13/2022 | VP&GM, Europe & Rest of World |
| (Street) | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| BERKELEY HEIGHTS    NJ    07922 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/13/2022 | | M[1] | | 78,000 | A | $1.8 | 88,928 | D | |
| Common Stock | 05/13/2022 | | S[1] | | 78,000 | D | $14.6622[2] | 10,928 | D | |
| Common Stock | 05/16/2022 | | M[1] | | 1,477 | A | $1.8 | 12,405 | D | |
| Common Stock | 05/16/2022 | | S[1] | | 1,477 | D | $14.5032[3] | 10,928 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to Buy) | $1.8 | 05/13/2022 | | M[1] | | | 78,000 | [4] | 04/25/2029 | Common Stock | 78,000 | $0 | 214,500 | D | |
| Stock Options (Right to Buy) | $1.8 | 05/16/2022 | | M[1] | | | 1,477 | [4] | 04/25/2029 | Common Stock | 1,477 | $0 | 213,023 | D | |

**Explanation of Responses:**

1. The reported transaction was effected pursuant to a Rule 10b5-1 trading plan.

2. The price reported is a weighted average price. These shares were sold in multiple transactions ranging from $14.50 to $14.815, inclusive. The Reporting Person undertakes to provide to the Company, any security holder of the Company or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

3. The price reported is a weighted average price. These shares were sold in multiple transactions ranging from $14.50 to $14.52, inclusive. The Reporting Person undertakes to provide to the Company, any security holder of the Company or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

4. This option is vested as to 80% of the initial underlying shares of Common Stock. The option vests as to the remaining 20% of the initial underlying shares of Common Stock in two equal installments, on each of April 25, 2023 and April 25, 2024.

**Remarks:**

/s/ Susan Canning, attorney-in-fact Name: Susan Canning
Title: Senior Vice President,    05/17/2022
Chief Legal Officer and
Corporate Secretary

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| BLASCO FERNANDO | Hayward Holdings, Inc. [ HAYW ] | Director | 10% Owner |
| (Last)     (First)     (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O HAYWARD HOLDINGS, INC. | 3. Date of Earliest Transaction (Month/Day/Year) 05/17/2022 | VP&GM, Europe & Rest of World | |
| 400 CONNELL DRIVE, SUITE 6100 | | | |
| (Street) | | | |
| BERKELEY HEIGHTS     NJ     07922 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| (City)     (State)     (Zip) | | X Form filed by One Reporting Person | |
| | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/17/2022 | | M[(1)] | | 76,523 | A | $1.8 | 87,451 | D | |
| Common Stock | 05/17/2022 | | S[(1)] | | 76,523 | D | $14.8064[(2)] | 10,928 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to Buy) | $1.8 | 05/17/2022 | | M[(1)] | | | 76,523 | [(3)] | 04/25/2029 | Common Stock | 76,523 | $0 | 136,500 | D | |

**Explanation of Responses:**

1. The reported transaction was effected pursuant to a Rule 10b5-1 trading plan.

2. The price reported is a weighted average price. These shares were sold in multiple transactions ranging from $14.505 to $14.985, inclusive. The Reporting Person undertakes to provide to the Company, any security holder of the Company or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

3. This option is vested as to 80% of the initial underlying shares of Common Stock. The option vests as to the remaining 20% of the initial underlying shares of Common Stock in two equal installments, on each of April 25, 2023 and April 25, 2024.

**Remarks:**

/s/ Susan Canning, attorney-in-fact Name: Susan Canning Title: Senior Vice President, Chief Legal Officer and Corporate Secretary          05/18/2022

\*\* Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* BLASCO FERNANDO | 2. Issuer Name **and** Ticker or Trading Symbol Hayward Holdings, Inc. [ HAYW ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) C/O HAYWARD HOLDINGS, INC. 1415 VANTAGE PARK DRIVE, SUITE 400 | 3. Date of Earliest Transaction (Month/Day/Year) 05/23/2022 | ___ Director         10% Owner X Officer (give title below)   Other (specify below) VP&GM, Europe & Rest of World |
| (Street) CHARLOTTE    NC        28203 (City)      (State)      (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/23/2022 | | M[(1)] | | 5 | A | $1.8 | 10,933 | D | |
| Common Stock | 05/23/2022 | | S[(1)] | | 5 | D | $14.59 | 10,928 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to Buy) | $1.8 | 05/23/2022 | | M[(1)] | | | 5 | (2) | 04/25/2029 | Common Stock | 5 | $0 | 136,495 | D | |

**Explanation of Responses:**

1. The reported transaction was effected pursuant to a Rule 10b5-1 trading plan.

2. This option is vested as to 80% of the initial underlying shares of Common Stock. The option vests as to the remaining 20% of the initial underlying shares of Common Stock in two equal installments, on each of April 25, 2023 and April 25, 2024.

**Remarks:**

/s/ Susan Canning, attorney-in-fact Name: Susan Canning Title: Senior Vice President, Chief Legal Officer and Corporate Secretary         05/24/2022

\*\* Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br><br> BLASCO FERNANDO <br><br> (Last)  (First)  (Middle) <br> C/O HAYWARD HOLDINGS, INC. <br> 1415 VANTAGE PARK DRIVE, SUITE 400 <br> (Street) <br> CHARLOTTE   NC   28203 <br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> Hayward Holdings, Inc. [ HAYW ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| | 3. Date of Earliest Transaction (Month/Day/Year) <br> 05/25/2022 | Director ___ 10% Owner ___ <br> X Officer (give title below) ___ Other (specify below) ___ <br> VP&GM, Europe & Rest of World |
| | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/25/2022 | | M[(1)] | | 45,050 | A | $1.8 | 55,978 | D | |
| Common Stock | 05/25/2022 | | S[(1)] | | 45,050 | D | $14.511[(2)] | 10,928 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to Buy) | $1.8 | 05/25/2022 | | M[(1)] | | | 45,050 | (3) | 04/25/2029 | Common Stock | 45,050 | $0 | 91,445 | D | |

**Explanation of Responses:**

1. The reported transaction was effected pursuant to a Rule 10b5-1 trading plan.

2. The price reported is a weighted average price. These shares were sold in multiple transactions ranging from $14.50 to $14.56, inclusive. The Reporting Person undertakes to provide to the Company, any security holder of the Company or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

3. This option is vested as to 80% of the initial underlying shares of Common Stock. The option vests as to the remaining 20% of the initial underlying shares of Common Stock in two equal installments, on each of April 25, 2023 and April 25, 2024.

**Remarks:**

/s/ Susan Canning, attorney-in-fact Name: Susan Canning Title: Senior Vice President, Chief Legal Officer and Corporate Secretary    05/26/2022

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940 | OMB Number: 3235-0287<br>Estimated average burden hours per response: 0.5 |

| 1. Name and Address of Reporting Person*<br>BLASCO FERNANDO | 2. Issuer Name **and** Ticker or Trading Symbol<br>Hayward Holdings, Inc. [ HAYW ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)    (First)    (Middle)<br>C/O HAYWARD HOLDINGS, INC.<br>1415 VANTAGE PARK DRIVE, SUITE 400 | 3. Date of Earliest Transaction (Month/Day/Year)<br>05/26/2022 | Director ☐      10% Owner ☐<br>X Officer (give title below) ☐     Other (specify below) ☐<br>**VP&GM, Europe & Rest of World** |
| (Street)<br>CHARLOTTE    NC    28203<br>(City)    (State)    (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/26/2022 | | M[(1)] | | 32,945 | A | $1.8 | 43,873 | D | |
| Common Stock | 05/26/2022 | | S[(1)] | | 32,945 | D | $15.1724[(2)] | 10,928 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to Buy) | $1.8 | 05/26/2022 | | M[(1)] | | | 32,945 | (3) | 04/25/2029 | Common Stock | 32,945 | $0 | 58,500 | D | |

**Explanation of Responses:**

1. The reported transaction was effected pursuant to a Rule 10b5-1 trading plan.

2. The price reported is a weighted average price. These shares were sold in multiple transactions ranging from $14.67 to $15.28, inclusive. The Reporting Person undertakes to provide to the Company, any security holder of the Company or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

3. This option is vested as to 80% of the initial underlying shares of Common Stock. The option vests as to the remaining 20% of the initial underlying shares of Common Stock in two equal installments, on each of April 25, 2023 and April 25, 2024.

**Remarks:**

/s/ Susan Canning, attorney-in-fact Name: Susan Canning Title: Senior Vice President, Chief Legal Officer and Corporate Secretary    05/27/2022

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.