**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>HAYWARD HOLDINGS, INC., *et al.*,<br><br>      Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court by Latham & Watkins LLP, counsel for Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones (the "Hayward Defendants") for an entry of an Order Dismissing the Consolidated Amended Class Action Complaint, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act, and the Court having considered the submissions of the parties, and for good cause shown,

**IT IS** on this _____ day of _____, 202_,

**ORDERED** that the Hayward Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint is hereby GRANTED; and it is further

**ORDERED** that the Consolidated Amended Class Action Complaint is hereby dismissed in its entirety with prejudice as to the Hayward Defendants; and it is further

**ORDERED** that the Clerk of the Court shall enter judgment and mark this matter CLOSED.

**IT IS SO ORDERED**.

_____
Honorable William J. Martini
United States District Judge

1