**LATHAM & WATKINS LLP**
Kevin M. McDonough (N.J. Bar No. 41892005)
Andrew B. Clubok (*pro hac vice*)
Corey A. Calabrese (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
Email: andrew.clubok@lw.com
Email: corey.calabrese@lw.com

*Counsel for Defendants Hayward Holdings, Inc.,*
*Kevin Holleran, and Eifion Jones*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:23-cv-04146-WJM-SDA<br><br>Hon. William J. Martini<br>Magistrate Judge Stacey D. Adams<br><br>Document Electronically Filed<br><br>**CERTIFICATE OF SERVICE** |

On behalf of Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones (collectively, the "Hayward Defendants"), I hereby certify that on December 18, 2024, I electronically filed a true and correct copy of the following documents

with the Court via the CM/ECF system, thereby effectuating service upon all parties

who receive notice of the filing via the Court's CM/ECF system[1]:

    a. Notice of Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint;

    b. Memorandum of Law in Support of the Hayward Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint;

    c. Declaration of Kevin M. McDonough in Support of the Hayward Defendants' Motion to Dismiss and the exhibits attached thereto;

    d. [Proposed] Order granting the Hayward Defendants' Motion to Dismiss.

Dated: December 18, 2024
      Chatham Township, New Jersey

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Kevin M. McDonough
Kevin M. McDonough

---

[1] Seyfarth Shaw LLP (counsel for newly named Defendants MSD Aqua Partners, LLC, MSD Partners (GP), LLC, Christopher Bertrand, and Kevin Brown) and Parker Ibrahim & Berg LLP and Willkie Farr & Gallagher LLP (counsel for newly named Defendants CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, Mark McFadden, Timothy Walsh, and Greg Brenneman) received notice of the filing via the Court's CM/ECF system through their appearances for Defendants MSD Partners, L.P. and CCMP Capital Advisors, LP, respectively.