Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
mfg@njlawfirm.com

*Counsel for Lead Plaintiff*
*Fulton County Employees' Retirement System*
*[Additional Counsel Appear on Signature Page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, AND CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN, <br><br> Defendants. | Civil Action No. 2:23-cv-04146 <br><br> Hon. William J. Martini <br><br><br> **CERTIFIED STATEMENT OF SERVICE** |

The undersigned certifies that on February 6, 2025, a copy of the foregoing Opposition to the Hayward Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint; Consolidated Opposition to Motions to Dismiss Filed by (1) CCMP Capital Advisors, LP; CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, Mark McFadden, Timothy Walsh, Greg Brennan, and (2) MSD Aqua Partners, LLC, MSD Partners, L.P., MSD Partners (GP, LLC, Christopher Bertrand, and Kevin Brown; and the within Certified Statement of Service were filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

DATED:  February 6, 2025

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP


*/s/ Matthew F. Gately*
MATTHEW F. GATELY

1