UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, and MSD PARTNERS, L.P.,**<br><br>**Defendants.** | Civ. No. 2:23-CV-04146 (WJM)<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court upon the Fed. R. Civ. P. 12(b)(6) motion to dismiss brought by: Defendants Hayward Holdings, Inc., individual Defendants Kevin Holleran ("Holleran") and Eifion Jones ("Jones") ("Hayward Defendants"), ECF No. 97; MSD Aqua Partners, LLC, MSD Partners (GP), LLC, Christopher Bertrand, Kevin Brown, and MSD Partners, L.P. ("MSD Defendants"), ECF No. 95; and CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, Mark McFadden, Timothy Walsh, Greg Brenneman, and CCMP Capital Advisors, L.P. ("CCMP Defendants"), ECF No. 96. For the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 4 day of June 2025, **ORDERED** as the three motions to dismiss brought by Hayward Defendants, MSD Defendants, and CCMP Defendants are each **granted in part and denied in part** as follows and in accordance with the accompanying Opinion:

1. Hayward Defendants' motion to dismiss is **granted** as to claims in Count I challenging as false or misleading Hayward's FY 2022 forward-looking guidance statements;
2. Hayward Defendants' motion to dismiss is **granted** as to claims in Count I challenging as false or misleading Hayward's statements regarding cancellation/return of channel orders, Hayward's inventory levels, and Hayward's risk disclosures;

3. Hayward Defendants' motion to dismiss is **denied** as to claims in Count I challenging as false Hayward's statements denying or downplaying any issues with channel inventory, demand, or sales;

4. CCMP and MSD Defendants' motions to dismiss Count II are **denied** as to the CCMP and MSD Entity Defendants;

5. CCMP and MSD Defendants' motions to dismiss Count II are **denied** as to the individual Defendants but any such liability is limited to false or misleading statements contained in SEC filings signed by the individual Defendants.

**WILLIAM J. MARTINI, U.S.D.J.**