Matthew F. Gately
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
mfg@njlawfirm.com
*Counsel for Lead Plaintiff Fulton County Employees' Retirement System*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN,<br><br>                  Defendants. | Civil Action No. 2:23-cv-04146<br><br>Hon. William J. Martini<br><br>**JOINT STATUS REPORT** |

In response to the Court's orders of June 24, 2025 and October 10, 2025 (ECF Nos. 112, 118), the Parties jointly report that they held an initial full day, in person mediation on October 9, 2025. The mediation was conducted by Miles Ruthberg, a well-respected mediator with experience in securities litigation, and followed an exchange of briefs and other information by the Parties. The Parties have agreed to continue the mediation process, and they have scheduled a second mediation session, which will take place on November 6, 2025.

Accordingly, the Parties propose that the case remain stayed until November 20, 2025, at which point the Parties will update the Court regarding the results of their mediation. We are available in the meantime should the Court have any questions.

Dated: October 14, 2025

Respectfully submitted,

**COHN LIFLAND PEARLMAN HERMANN & KNOPF LLP**

*/s/ Matthew F. Gately*

Matthew F. Gately
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
mfg@njlawfirm.com

*Liaison Counsel*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Max R. Schwartz (*pro hac vice*)
Susan Hu (*pro hac vice*)
Karolina Klyuchnikova (*pro hac vice pending*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444

2

Facsimile: 212-223-6334
mschwartz@scott-scott.com
shu@scott-scott.com
kklyuchnikova@scott-scott.com

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Cornelia Gordon (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cgordon@scott-scott.com

*Lead Counsel for Lead Plaintiff and the Class*

**LATHAM & WATKINS LLP**

*/s/ Kevin M. McDonough*

Kevin M. McDonough (N.J. Bar No. 41892005)
Andrew B. Clubok (*pro hac vice*)
Corey A. Calabrese (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212-906-1200
kevin.mcdonough@lw.com
andrew.clubok@lw.com
corey.calabrese@lw.com

*Counsel for Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones*

**PARKER IBRAHIM & BERG LLP**
Scott W. Parker
Marissa Edwards
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
Telephone: 908-333-6220

3

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: 212-728-8000

Joshua S. Levy (*pro hac vice*)
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: 202-303-1000

*Counsel for Defendants CCMP Capital Advisors, LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, Greg Brenneman, Mark McFadden, and Timothy Walsh*

**SEYFARTH SHAW LLP**

*/s/ Amanda L. Genovese*
Amanda L. Genovese
Vincent A. Sama (*pro hac vice*)
Catherine B. Schumacher (*pro hac vice*)
Daphne Morduchowitz (*pro hac vice*)
Matthew C. Catalano (*pro hac vice*)
620 Eighth Ave
New York, NY 10018
Telephone: 212-218-5500
Facsimile: 212-218-5526
agenovese@seyfarth.com
vsama@seyfarth.com
cschumacher@seyfarth.com
dmorduchowitz@seyfarth.com
mcatalano@seyfarth.com

*Counsel for Defendants MSD Aqua*

4

5

*Partners, LLC, MSD Partners, L.P., MSD Partners (GP), LLC, Christopher Bertrand, and Kevin Brown*

**So Ordered on 10/15/2025:**

**William J. Martini, U.S.D.J.**

5