**COHN LIFLAND PEARLMAN**
 **HERMANN & KNOPF LLP**
Matthew F. Gately
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
mfg@njlawfirm.com
*Liaison Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, L.P., MSD PARTNERS (GP), LLC, MARK MCFADDEN, GREG BRENNEMAN, TIMOTHY WALSH, CHRISTOPHER BERTRAND, and KEVIN BROWN<br><br>Defendants. | Civil Action No. 2:23-cv-04146<br><br>Hon. William J. Martini<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

The Parties jointly report that following mediation, they have reached an agreement in principle to settle this action.

As a result, the Parties respectfully request that the case remain stayed while the Parties memorialize their agreement.  Lead Plaintiff Fulton County Employees' Retirement System currently anticipates filing a motion for preliminary approval of the settlement by December 18, 2025.

Dated: November 20, 2025

Respectfully submitted,

**COHN LIFLAND PEARLMAN HERMANN & KNOPF LLP**

*/s/ Matthew F. Gately*
Matthew F. Gately
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
mfg@njlawfirm.com

*Liaison Counsel*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Max R. Schwartz (*pro hac vice*)
Susan Hu (*pro hac vice*)
Donald A. Broggi
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
mschwartz@scott-scott.com
dbroggi@scott-scott.com

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Cornelia Gordon (*pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cgordon@scott-scott.com

*Lead Counsel for Lead Plaintiff and the Class*

**LATHAM & WATKINS LLP**

*/s/ Kevin M. McDonough*
Kevin M. McDonough
(N.J. Bar No. 41892005)
Andrew B. Clubok (pro hac vice)
Corey A. Calabrese (pro hac vice)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
kevin.mcdonough@lw.com
andrew.clubok@lw.com
corey.calabrese@lw.com

*Counsel for Hayward Defendants Hayward Holdings, Inc., Kevin Holleran, and Eifion Jones*

**PARKER IBRAHIM & BERG LLP**

*/s/ Scott W. Parker*
Scott W. Parker
Marissa Edwards
270 Davidson Avenue, 5th Floor
Somerset, New Jersey 08873
(908) 333-6220

2

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (*admitted pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Joshua S. Levy (*admitted pro hac vice*)
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1000

*Counsel for Defendants CCMP Capital Advisors, LP, CCMP Capital Investors III, L.P., CCMP Capital Investors III (Employee), L.P., CCMP Capital Associates III, L.P., CCMP Capital Associates III GP, LLC, CCMP Capital, LP, CCMP Capital GP, LLC, Greg Brenneman, Mark McFadden, and Timothy Walsh*

**SEYFARTH SHAW LLP**

*/s/ Amanda L. Genovese*

Amanda L. Genovese
Vincent A. Sama (pro hac vice)
Catherine B. Schumacher (pro hac vice)
Daphne Morduchowitz (pro hac vice)
Matthew C. Catalano (pro hac vice)
620 Eighth Ave
New York, NY 10018
Phone: (212) 218-5500
Fax: (212) 218-5526
agenovese@seyfarth.com
vsama@seyfarth.com
cschumacher@seyfarth.com
dmorduchowitz@seyfarth.com
mcatalano@seyfarth.com
*Counsel for Defendants MSD Aqua*

3

*Partners, LLC, MSD Partners, L.P., MSD Partners (GP), LLC, Christopher Bertrand, And Kevin Brown*

4