

**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

njlawfirm.com

Park 80 West–Plaza One          (201) 845-9600 Main
250 Pehle Avenue                (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189
Cell: (201) 264-1995

December 17, 2025

VIA ECF
Honorable William J. Martini, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    City of Southfield Fire and Police Retirement System
       v. Hayward Holdings, et al.
       Civil Action No. 2:23-cv-04146

Dear Judge Martini:

The Parties have made substantial progress in negotiating the terms of the settlement. Due to the complexity of the matter and the need for input from multiple parties, as well as the upcoming holidays, however, the Parties now anticipate filing their motion for preliminary approval of the settlement by January 14, 2026. The Parties respectfully request that the case remain stayed until the filing of the motion for preliminary approval. If this is acceptable to the Court, the parties respectfully request that the Court "So Order" this correspondence and enter it on the docket.

Respectfully submitted,

/s/ Matthew F. Gately

Matthew F. Gately

MFG:sl

So Ordered on 12/18/2025:

_____
William J. Martini, U.S.D.J.