# **ORDER**

Matthew F. Gately
Michael J. Alderman
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
Facsimile: 201-845-9423
mfg@njlawfirm.com
ma@njlawfirm.com

*Counsel for Lead Plaintiff*
*Fulton County Employees' Retirement System*
*[Additional Counsel Appear on Signature Page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF SOUTHFIELD FIRE AND POLICE RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> HAYWARD HOLDINGS, INC., KEVIN HOLLERAN, EIFION JONES, CCMP CAPITAL ADVISORS, LP, CCMP CAPITAL INVESTORS III, L.P., CCMP CAPITAL INVESTORS III (EMPLOYEE), L.P., CCMP CAPITAL ASSOCIATES III, L.P., CCMP CAPITAL ASSOCIATES III GP, LLC, CCMP CAPITAL, LP, CCMP CAPITAL GP, LLC, MSD AQUA PARTNERS, LLC, MSD PARTNERS, | Civil Action No. 2:23-cv-04146-WJM-SDA <br><br> **NOTICE OF WITHDRAWAL OF KAROLINA KLYUCHNIKOVA** |

1

L.P., MSD PARTNERS (GP), LLC,
MARK MCFADDEN, GREG
BRENNEMAN, TIMOTHY WALSH,
CHRISTOPHER BERTRAND, and
KEVIN BROWN,

                        Defendants.

PLEASE TAKE NOTICE that the appearance of Karolina Klyuchnikova is hereby withdrawn as counsel of record for Lead Plaintiff, Fulton County Employees' Retirement System, in the above-captioned action.  Lead Plaintiff will continue to be represented by other counsel from Scott+Scott Attorneys at Law LLP and Cohn Lifland Pearlman Herrmann & Knopf LLP.

DATED: July 1, 2026

**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**

*s/ Michael Alderman*
Matthew F. Gately
Michael Alderman
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Telephone: 201-845-9600
mfg@njlawfirm.com
ma@njlawfirm.com

*Liaison Counsel for Lead Plaintiff
and the Class*

**SCOTT+SCOTT ATTORNEYS
AT LAW LLP**
Max R. Schwartz
Donald A. Broggi

2

The Helmsley Building
230 Park Avenue, 24th Floor
New York, New York 10169
Telephone:  212-233-6444
mschwartz@scott-scott.com
dbroggi@scott-scott.com

*Lead Counsel for Lead Plaintiff and
the Class*

**SO ORDERED.**

**Hon. Stacey D. Adams**
**United States Magistrate Judge**
**Date: July 2, 2026**

3